B 1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF COLORADO | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>7677 East Berry Avenue Associates, L.P. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): EIN: 20-2138800 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>5500 Greenwood Plaza Boulevard, Suite 230<br>Greenwood Village, CO 80111 | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:  Arapahoe | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address):<br>585 South FM 1138, Nevada, TX 75173 | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>5375-5455 Landmark Place, 7600 Landmark Way, 5370-5380 Greenwood Plaza Blvd., Greenwood Village, CO 80111 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☒ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☒ Chapter 11          Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee is attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>-----<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptance of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ |

| **B 1 (Official Form 1) (1/08)** | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): 7677 East Berry Avenue Associates, L.P. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: See attached sheet | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
| ☐ Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following:

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| B 1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): 7677 East Berry Avenue Associates, L.P., a Delaware limited partnership |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>Telephone Number: _____<br>(if not represented by attorney)<br><br>Dated: _____ | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>Name: _____<br>Title: _____<br><br>Dated: _____ |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Michael J. Pankow<br>Daniel J. Garfield<br>Brownstein Hyatt Farber Schreck, LLP.<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado 80202<br>Phone:   (303) 223-1100<br>Fax:       (303) 223-1111<br>E-mail:   mpankow@bhfs.com<br>             dgarfield@bhfs.com<br><br>Dated: August 30, 2009<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.)<br><br>Address: _____<br><br>_____<br>Dated: _____ |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>EDC Denver I, LLC, its General Partner<br>By: Zachary M. Davidson, Manager<br>Dated: August 30, 2009 | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Addendum to Chapter 11 Voluntary Petition for 7677 East Berry Avenue Associates, L.P.

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: Everest Holdings, LLC | Case Number: 09-27906-MER | Date Filed: 08/28/2009 |
| District: Colorado | Relationship: Affiliate | Judge: Michael E. Romero |
| Name of Debtor: EDC Denver I, LLC | Case Number: 09-27907-SBB | Date Filed: 08/28/2009 |
| District: Colorado | Relationship: General Partner | Judge: Sidney B. Brooks |

UNANIMOUS CONSENT OF THE GENERAL PARTNER OF 7677 EAST BERRY AVENUE ASSOCIATES, L.P. TO INITIATE CHAPTER 11 BANKRUPTCY CASE

August 29, 2009

The undersigned, constituting the member (the "Member"), the manager (the "Manager"), and the independent manager (the "Independent Manager") of EDC DENVER I, LLC, the general partner (the "General Partner") of 7677 EAST BERRY AVENUE ASSOCIATES, L.P. (the "Partnership"), hereby unanimously adopt the following resolutions and consent to the taking of all actions set forth herein as if such resolutions had been adopted at a duly called and held meeting of the General Partner:

The General Partner has determined that it is in the best interest of the Partnership to initiate a Chapter 11 Bankruptcy case in the Partnership's name.

Accordingly, the following resolutions are adopted:

RESOLVED, that Brownstein Hyatt Farber Schreck, LLP ("BHFS") be and hereby is appointed to act and serve as attorneys at law for the Partnership in all legal matters relating to the insolvency, bankruptcy, reorganization, workouts or liquidation of the Partnership, including all legal representation reasonably related thereto, and that the customary professional charges for the services as attorneys be paid to them from time to time; and be it

RESOLVED, that the General Partner be, and hereby is authorized, empowered and directed to execute, deliver and cause the performance of, in the name and on behalf of the Partnership, the employment and payment of BHFS as described in the foregoing Resolution; and be it

RESOLVED, that the General Partner be, and hereby is, authorized and directed to take such actions and execute and deliver on behalf of the Partnership such documents and/or instruments as may be necessary to accomplish the foregoing Resolutions; and be it

RESOLVED, that a Voluntary Petition in Chapter 11 of Title 11, U.S.C. (the "Petition"), and all documents related thereto and to the bankruptcy proceeding thereby effectuated, be, and hereby is, adopted and approved in its entirety and the bankruptcy, liquidation and reorganization contemplated thereby be, and hereby is, authorized, adopted and approved, in such form and containing such terms and conditions, with such changes, additions, deletions, amendments or modifications, as the General Partner executing the same deem necessary, proper or advisable; and be it

RESOLVED, that the General Partner be, and hereby is, authorized, empowered and directed to execute, deliver and cause the performance of, in the name and on behalf of the Partnership, the Petition, with such changes therein, deletions therefrom or additions thereto, as the General Partner executing the same shall approve, the execution

10732\26\1306200.2

and delivery thereof to be conclusive evidence of the approval and ratification thereof by such General Partner; and be it

RESOLVED, that the General Partner be, and hereby is, authorized to file, or cause to be filed, the Petition with the United States Bankruptcy Court in the District of Colorado in accordance with the applicable provisions of all applicable federal and state bankruptcy laws; and be it

RESOLVED, that the General Partner be, and hereby is, authorized and directed to take such actions and execute and deliver on behalf of the Partnership such documents and/or instruments as may be necessary to accomplish the foregoing resolutions; and be it

RESOLVED, that all actions taken by the General Partner prior to the date of this unanimous written consent which are within the authority conferred by the foregoing resolutions are ratified and approved; and be it

RESOLVED, that the General Partner be, and hereby is, authorized, empowered and directed to take, from time to time in the name and on behalf of the Partnership, such actions and execute and deliver such certificates, instruments, notices and documents, including any amendments thereto, as may be required from time to time or as such General Partner may deem necessary, advisable or proper in order to carry out and perform the obligations of the Partnership under and in connection with the foregoing resolutions; and all such certificates, instruments, notices and documents to be executed and delivered in such form as the General Partner executing the same shall approve, the execution and delivery thereof by such General Partner to be conclusive evidence of the approval and ratification thereof by such General Partner; and be it

RESOLVED, that the General Partner is authorized to execute on behalf of the Partnership any necessary paperwork to initiate the authorized bankruptcy proceedings.

[Remainder of Page Left Intentionally Blank]

The undersigned, comprising the Member, the Manager and the Independent Manager of the General Partner hereby consent to the action taken herein, it being expressly intended and understood that this consent to action shall be effective as of the date first written above.

GENERAL PARTNER:

EDC DENVER I, LLC,
a Delaware limited liability company

MEMBER:

EVEREST HOLDINGS, LLC,
an Oklahoma limited liability company

By: _____
Name: Zach Davidson
Its: Manager

MANAGER:

By: _____
Name: Zach Davidson

INDEPENDENT MANAGER:

By: _____
Name: Thomas M. Kim

10732\26\1306200.2        3

The undersigned, comprising the Member, the Manager and the Independent Manager of the General Partner hereby consent to the action taken herein, it being expressly intended and understood that this consent to action shall be effective as of the date first written above.

GENERAL PARTNER:

EDC DENVER I, LLC,
a Delaware limited liability company

MEMBER:

EVEREST HOLDINGS, LLC,
an Oklahoma limited liability company

By: _____
Name: Zach Davidson
Its: Manager


MANAGER:

By: _____
Name: Zach Davidson


INDEPENDENT MANAGER:

By: _/s/ Thomas M. Kim_____
Name: Thomas M. Kim

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE<br>ASSOCIATES, L.P.,<br><br>EIN: 20-2138800<br><br>Debtor. | Case No. 09-_____<br>Chapter 11 |

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

DATE: August 30, 2009

                7677 EAST BERRY AVENUE ASSOCIATES, L.P.
                By:    EDC Denver I, LLC, its General Partner

                By:    _____
                Name:  Zachary M. Davidson
                Its:     Manager

10732\26\1306498.1