UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re

7677 EAST BERRY AVENUE
ASSOCIATES, L.P.,

EIN: 20-2138800

Debtor.

Case No. 09-28000
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 7677 Limited Interest Holder, LLC<br>5500 Greenwood Plaza Blvd., Suite 230<br>Greenwood Village, CO 80111 | N/A | N/A | Limited partnership interest |
| EDC Denver I, LLC<br>5500 Greenwood Plaza Blvd., Suite 230<br>Greenwood Village, CO 80111 | N/A | N/A | General partnership interest |

    I, Zachary M. Davidson, Manager of EDC Denver I, LLC, the General Partner of 7677 East Berry Avenue Associates, L.P., the company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: August 30, 2009.

7677 EAST BERRY AVENUE ASSOCIATES, L.P.
By:    EDC Denver I, LLC, its General Partner

By: _____
Name: Zachary M. Davidson
Its: Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.