## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE ASSOCIATES, L.P.,<br><br>EIN: 20-2138800<br><br>Debtor. | Case No. 09-28000<br>Chapter 11 |

## EMERGENCY MOTION TO APPROVE POST-PETITION FINANCING BREAK-UP FEE AND EXPENSES FOR CARMEL LANDMARK, LLC

      7677 East Berry Avenue Associates, L.P. (the "Debtor") moves this Court for an order pursuant to sections 105, 363 and 503 of Title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. Pro. 2002 and 6004, and L.B.R. 202, authorizing the Debtor to provide Carmel Landmark, LLC (the "Lender") a break-up fee (the "Break-Up Fee") and expense reimbursement consistent with § 5.9 of the Debtor-in-Possession Loan Agreement (the "DIP Loan Agreement,")[1] agreed to in connection with a proposed debtor-in-possession loan (the "DIP Loan") from the Lender. In support of the Motion, the Debtor states as follows:

### Introduction

      1.      On August 30, 2009 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"). The Debtor continues to operate its business and possess its property as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

      2.      The Debtor is a Delaware limited partnership that develops and operates a luxury residential, retail, and entertainment development in Greenwood Village, Colorado (the "Project"). The Debtor has assets with a total value of approximately $160 million, including two residential condominium towers, The Landmark and The Meridian, and retail and entertainment space called The Village Shops, which contain approximately 185,000 square feet. Of the 276 total residences at the Project, 163 have been sold or are under contract and range in size from 800 to 2,500 square feet. The Debtor broke ground on the Project in 2004 and opened The Landmark in 2006 and The Meridian in 2007.

      3.      EDC Denver I, LLC (the "General Partner") is the general partner of the Debtor. Everest Holdings, LLC ("Everest") is the sole member of the General Partner. On August 28, 2009, Everest and the General Partner each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case Nos. 09-27906 and 09-27907, respectively. The three debtors

---

[1] The DIP Loan Agreement is attached to the Motion for Approval of Post-Petition Financing filed contemporaneously herewith.

have filed motions to have their Chapter 11 cases jointly administered under Everest's case number.

4. The Lender and the Debtor have agreed to terms for a $15 million loan pursuant to Bankruptcy Code § 364, as set forth in the DIP Loan Agreement. The proposed loan provides necessary and sufficient funding for the Debtor to operate in bankruptcy, make important expenditures, preserve its assets, and formulate and implement a reorganization plan or other transaction that maximizes value for the benefit of all stakeholders. In connection with the DIP Loan, the Debtor filed a Motion for Approval of Post-Petition Financing on August 30, 2009.

5. The Lender has and will face substantial expenses prior to closing the DIP Loan, notwithstanding the risks that the Lender will not ultimately be the party to extend the DIP Loan. Therefore, as a condition to concluding negotiations and due diligence, the Lender requires, and the Debtor has agreed to provide, subject to the Court's approval, a Break-Up Fee and reimbursement of the Lender's expenses in the event the DIP Loan is not consummated.

## The Debtor's Need for Post-Petition Financing

6. The Debtor's goal is to market and sell its unsold condominium residences and lease its remaining vacant retail space at the best possible prices based on current market conditions, enabling it to pay off its debts and achieve profitability.

7. Although the Debtor has a substantial equity cushion, it currently lacks the liquid funds necessary to continue daily operations, and it will suffer immediate and irreparable harm if it does not receive capital soon. Thus, not only does the Debtor require post-petition financing, it needs to receive it as quickly as possible. For this reason, the Debtor requests that the Court enter an order approving the Motion on an expedited basis, so that it and the Lender can proceed with the DIP Loan.

## The Break-Up Fee

8. In the event that this Court approves any form of financing other than the DIP Loan, the Debtor will pay to the Lender a Break-Up Fee of $300,000, equal to 2% of the maximum amount of the proposed DIP Loan, plus reimbursement of the Lender's expenses. This amount is reasonable and appropriate in light of the size and nature of the proposed DIP Loan and the substantial efforts that have been and will be expended by the Lender. Because the proposed DIP Loan will serve as a minimum or floor commitment on which other lenders can rely and thereby increase the likelihood that the Debtor will receive the best possible financing commitment, the Lender will provide a significant benefit to the estate, even if ultimately a loan is provided by an alternate lender. The Break-Up Fee is not intended as a penalty, rather it is reasonably related to the Lender's risk, labor, and expenses, its efforts in these cases, and the magnitude of the proposed loan. See The Official Comm. of Subordinated Bondholders v. Integrated Res., Inc., 147 B.R. 650, 662 (S.D.N.Y. 1992), appeal dismissed, 3 F.3d 49 (2d Cir. 1993).

9. The Break-Up Fee was negotiated in good faith between the Debtor and the Lender. The Debtor has determined as a matter of business judgment that the Break-Up Fee is reasonable. See In re Castre, Inc., 312 B.R. 426, 428 (Bankr. D. Colo. 2004). The amount of the

Break-Up Fee is sufficient and necessary to induce the Lender to continue pursuing its proposed DIP Loan, yet it is small enough that it will not discourage other lenders offering possibly more favorable terms from pursuing an alternate DIP loan.

10.     The DIP Loan is the culmination of a process undertaken by the Debtor and its professionals to negotiate a transaction with a lender who was prepared to provide the best possible loan to the Debtor.  No other party to date has been willing to enter into a definitive agreement for a debtor-in-possession loan on terms acceptable to the Debtor.  Assurance to the Lender of the payment of the Break-Up Fee has promoted and will promote a more competitive lending process by inducing the Lender's proposed financing, which otherwise would not have been made and without which any competitive lending process would be limited.  Therefore, absent authorization of the Break-Up Fee, the Debtor might lose the opportunity to obtain the best available financing proposal.

**The Break-Up Fee Meets the Requirements of Case Law**

11.     In In re Twenver, Inc., 149 B.R. 954 (Bankr. D. Colo. 1992), the Court adopted a framework for evaluating break-up fees in the context of § 363(b) asset sales.  The Court dictated three questions for courts to consider in evaluating the fees: "(1) whether the relationship of the parties who negotiated the fee is marked by self-dealing or manipulation; (2) whether the fee hampers, rather than encourages, bidding; and (3) whether the amount of the fee is reasonable in relation to the proposed price."  Id. at 956.

12.     Although this Court has not addressed the propriety of break-up fees in the context of post-petition lending, the Debtor believes that the framework adopted in Twenver is analogous and should be applied to the Motion, since similar concerns regarding benefit to the estate and its creditors are at stake.  An evaluation of each of the questions demonstrates the propriety of approving the Break-Up Fee.

        a.     There is No Self-Dealing or Manipulation

The Debtor and the Lender are completely unaffiliated.  To the Debtor's knowledge, no insider of the Debtor or its affiliates has any stake whatsoever in the Lender or its affiliates.  The DIP Loan Agreement and loan documents have been and will be negotiated solely at arms' length.

        b.     <u>The Fee is a Necessary Condition to Any Proposals for DIP Financing and Does Not Hamper the Debtor's Efforts</u>

As stated above, the Break-Up Fee is intended to bring a lender to the table to at least set a minimum for the terms of a loan.  By inducing the Lender to proceed pursuing a financing arrangement with the Debtor, the Break-Up Fee is encouraging a competitive bidding process which will ultimately result in the Debtor obtaining the best possible terms.  At a modest 2% of the proposed DIP Loan, the fee is not substantial enough to discourage a potential competitor of the Lender from pursuing an alternate arrangement.

        c.     <u>The Amount of the Fee is Reasonable in Relation to the Proposed Financing</u>

10732\26\1309196.3                                      3

  The Break-Up Fee is in an amount of $300,000, just 2% of the maximum amount of the proposed DIP Loan, $15,000,000.  This is substantially less than the 10% deemed to be excessive in <u>Twenver</u> and right in line with "the 1% to 2% fees found to be reasonable in the majority of cases approving such fees."  <u>Id.</u> at 957.  This is also consistent with standard fees for loan commitments.

### Request for Emergency Hearing

  13. Approval of the Break-Up Fee within seven days of the Petition date is an express condition to the Lender's commitment to make the DIP Loan.  (<u>See</u> DIP Loan Agreement at § 4.1(i)).  In the circumstances, this is a reasonable requirement.  Accordingly, the Debtor requests that a hearing be set and, pursuant to Rule 9006, applicable notice periods be shortened consistent with General Procedure Order 2002-6.

  **WHEREFORE**, the Debtor requests that the Court enter an Order (a) approving the Break-Up Fee in the amount of $300,000, plus expense reimbursement; and (b) granting such other relief as is just and proper.

  Dated this 30th day of August, 2009.

                **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

                /s Daniel J. Garfield
                Michael J. Pankow, #21212
                Daniel J. Garfield, #26054
                410 17th Street, Suite 2200
                Denver, Colorado  80202
                Telephone:  (303) 223-1100
                Facsimile:  (303) 223-1111
                mpankow@bhfs.com
                dgarfield@bhfs.com

                *Proposed Attorneys for the Debtor*

## CERTIFICATE OF MAILING

  I hereby certify that on this 30th day of August, 2009, a true and correct copy of the **DEBTOR'S MOTION FOR APPROVAL OF POST-PETITION FINANCING** was sent via overnight mail, and properly addressed to the following attached list:

                /s Dean C. Stalnaker

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 09-28000-ABC<br>District of Colorado<br>Denver<br>Sun Aug 30 14:14:23 MDT 2009 | 1 Plumbing Co.<br>3084 S. Linley Ct.<br>Denver, CO 80236-2316 | 7677 East Berry Avenue Associates, L.P.<br>585 South FM 1138<br>Nevada, TX 75173-8433 |
| 7677 Limited Interest Holder, LLC<br>5500 Greenwood Plaza Blvd., Unit 230<br>Greenwood Village, CO 80111-2106 | 7677 Limited Interest Holder, LLC<br>Attention: Zachary M. Davidson<br>17250 Knoll Trail Drive, Unit 204<br>Dallas, TX 75248-1130 | ACE WSG<br>c/o Patricia Stanley<br>P. O. Box 25152<br>Lehigh Valley, PA  18002-5152 |
| Alder Wood Partners, LP<br>3900 Dallas Pkwy, Suite 500<br>Plano, TX 75093-7871 | Arapahoe County Treasurer<br>PO Box 571<br>Littleton, CO  80160-0571 | Armor Paving, LLC<br>P. O. Box 1190<br>Commerce City, CO 80022-0190 |
| Art Justice<br>3836 Acacia Trail<br>The Colony, TX 75056-3681 | Ascent Group, Inc.<br>4940 Pearl East Circle, Suite 202<br>Boulder, CO 80301-2442 | Aspenfalls, Inc.<br>Sylvia Bailey<br>5425 Landmark Place<br>Greenwood Village, CO 80111-1951 |
| BT Construction, Inc.<br>9885 Emporia Street<br>Henderson, CO 80640-8459 | Bahri & Esra Bilir<br>6277 W. Prentice Ave.<br>Littleton, CO 80123-5194 | Bank of the West<br>Attention: Matthew Marker, Sr. VP<br>633 17th Street, Suite 2000<br>Denver, CO 80202-3620 |
| Baycap, LLC<br>423 S Pacific Coast HWY<br>Redondo Beach, CA 90277-3700 | Beck Development, LLC<br>d/b/a Beck Residential, LLC<br>100 Technology Drive, Ste 315<br>Broomfield, CO 80021-3414 | Beck Residential, LLC<br>1807 Ross Avenue, Suite 500<br>Dallas, TX 75201-8006 |
| Bighorn Door and Hardware<br>5849 Tennyson Street<br>Arvada, CO  80003-6902 | Bloomfield Florist, LLC<br>Gary Googins<br>5370 Landmark Place, Suite 102<br>Greenwood Village, CO  80111 | Blue Architects, P.C.<br>2256 Larimer St.<br>Denver, CO 80205-2019 |
| Bohannan Houston, Inc.<br>Meridian One<br>9785 Maroon Circle, Suite 140<br>Englewood, CO 80112-5928 | Boyd Sign Systems, LLC<br>3901 S. Kalamath Street<br>Englewood, CO 80110-4417 | Bradshaw Building Solutions, Inc.<br>6960 Buckskin Drive<br>Littleton, CO 80125-9200 |
| Bruce and Sandy Glass<br>1072 Neptunite Place<br>Castle Rock, CO 80108-3077 | CAPCO Tile and Stone, LLC<br>5800 E. Jewell<br>Denver, CO 80224-2303 | CB Richard Ellis, Inc.<br>6000 Feldwood Road<br>Lockbox 406588<br>Location Code 2147<br>College Park, GA  30349-3652 |
| CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL  60197-4349 | Cadwalader, Wickersham and Taft, LLP<br>Attn: Steven M. Herman, Esq.<br>One World Financial Center<br>New York, NY 10281-1003 | Ceco Concrete Construction, LLC<br>7808 Cherry Creek Drive, South<br>Suite 211<br>Denver, CO 80231-3231 |

| | | |
|---|---|---|
| Charley Babb<br>c/o Johnson Capital<br>210 University Blvd. 7th Floor<br>Denver CO 80206-4616 | Chris Harff<br>Highline Financial Group, LLC<br>8400 E. Crescent Parkway, Suite 190<br>Greenwood Village, CO 80111-2846 | Christopher Holland<br>4380 S. Monaco St., Unit 3042<br>Denver, CO 80237-3510 |
| City Scapes International<br>4200 Lyman Ct.<br>Hilliard OH 43026-1213 | Closet and Storage Concepts<br>117 S. Sunset Street Suite A<br>Longmont, CO 80501-6179 | Code Fire LLC<br>4896 Van Gordon Street<br>Wheat Ridge, CO 80033-2116 |
| Colorado AvidGolfer<br>7200 South Alton Way, Suite B-180<br>Centennial, CO 80112-2270 | Colorado Carpet Distributors<br>12775 E. 47th Ave.<br>Denver, CO 80239 | Colorado Dept of Revenue<br>1375 Sherman Street<br>Denver, CO 80261-0001 |
| Colorado Dept. of Labor and Employment<br>Finance Office Boiler Inspection<br>P.O. Box 628<br>Denver, CO 80201-0628 | Commercial Art Glass Co.<br>3475 West First Avenue<br>Denver, CO 80219-1448 | Craig Christensen<br>Lindquist & Vennum<br>600 - 17th Street, Suite 1800 South<br>Denver, CO 80202-5402 |
| Custom Expressions<br>1800 East Cliff Road, Suite 12<br>Burnsville, MN 55337-1375 | D.H. Ruggles and Associates, P.C.<br>3200 Cherry Creek Dr S, Ste 410<br>Denver, CO 80209-3246 | Daltile<br>P.O. Box 730578<br>Dallas, TX 75373-0578 |
| David and Peggy Marks<br>7600 Landmark Way, Unit 604<br>Greenwood Village, CO 80111-1962 | David, Hicks and Lampert Brokerage<br>7800 E. Orchard Road Suite 150<br>Greenwood Village, CO 80111-2567 | Davis Partnership, PC<br>Brit Probst<br>2301 Blake Street, Suite 100<br>Denver, CO 80205-2102 |
| Denver Newspaper Agency<br>P.O. Box 17930<br>Denver, CO. 80217-0930 | Dominic Altomare<br>19102 Heather Creek<br>San Antonio, TX 78258-3840 | Donna Hebert<br>1203 Hills Creek Drive<br>McKinney, TX 75070-5211 |
| E Light Electric Services, Inc.<br>361 Inverness Drive South Suite B<br>Englewood, CO 80112-5861 | EDC Denver I, LLC<br>5500 Greenwood Plaza Blvd, Suite 230<br>Greenwood Village, CO 80111-2106 | EDC Denver I, LLC<br>585 S. FM 1138<br>Nevada TX 75173-8433 |
| EDC Denver I, LLC<br>Attn: Zachary M. Davidson<br>17250 Knoll Trail Drive, Unit 204<br>Dallas, TX 75248-1130 | EDC Marin, LLC<br>585 S. FM 1138<br>Nevada, TX 75173-8433 | Elise Johnson<br>6559 20th Ave., N.W.<br>Seattle, WA 98117-5705 |
| Ella Bleu, Inc.<br>Kim and Thierry Inghilterra<br>5425 Landmark Place, Suite 107<br>Greenwood Village, CO 80111-1951 | Environmental Landworks Company Inc.<br>P.O. Box 323<br>Golden, CO 80402-0323 | Essential Fitness, LLC<br>Neil Cestra<br>5425 Landmark Place, Suite 333<br>Greenwood Village, CO 80111-1951 |

| | | |
|---|---|---|
| Event Rents<br>13305 James E. Casey Ave.<br>Englewood CO 80112-5819 | Everest Development Corporation<br>5555 Greenwood Plaza Blvd.<br>Greenwood Village, CO 80111-2113 | Everest Holdings, LLC<br>5500 Greenwood Plaza Blvd., Unit 230<br>Greenwood Village, CO 80111-2106 |
| Everest Holdings, LLC<br>585 S. FM 1138<br>Nevada, TX 75173-8433 | Everest Marin, L.P.<br>585 S. FM 1138<br>Nevada, TX 75173-8433 | Everest Marin, L.P.<br>c/o Everest Development<br>5555 Greenwood Plaza Blvd.<br>Greenwood Village, CO 80111-2113 |
| Fabrications, LLC<br>3710 Revere St.<br>Denver, CO 80239-3472 | FirsTier Bank<br>555 Eldorado Blvd.<br>Broomfield, CO 80021-3469 | FirsTier Bank<br>Attention:  Matthew C. Cassell<br>2921 W. 120th Avenue<br>Westminster, CO 80234-2944 |
| Gallegos Masonry, Inc.<br>P. O. Box 821<br>Vail, CO 81658-0821 | Daniel J. Garfield<br>410 17th St.<br>22nd Fl.<br>Denver, CO 80202-4437 | Gary Agron<br>5445 DTC Parkway, Unit 520<br>Greenwood Village, CO 80111-3009 |
| Gary Bell<br>16136 E. Powers Circle<br>Centennial, CO 80015-4036 | Geitner Environmental Management Group<br>5200 DTC Parkway Suite 530<br>Greenwood Village, CO 80111-2720 | Global Development and Eng. Group<br>2258 Larimer Street - Unit B<br>Denver, CO 80205-2023 |
| Goldsmith Gulch Sanitation District<br>8390 E. Crescent Pkwy, Unit 500<br>Greenwood Village, CO  80111-2814 | Greene Advertising<br>43 Covington Court<br>Cherry Hills Village CO 80113-4143 | Gweneth Den Dooven Trust<br>754 Vegas Valley Drive<br>Las Vegas, NV 89109-1529 |
| H and C Building<br>c/o Brown Accounting<br>24 Buysse Drive<br>Coal Valley, IL 61240-9414 | HW Home, Inc.<br>Ron Werner and Jim Hering<br>3600 Pearl Street<br>Boulder, CO 80301-2424 | Halene Weisbart<br>5455 Landmark Place, Unit 412<br>Greenwood Village, CO 80111-1952 |
| Heggem-Lundquist Paint Company<br>1391 South Cherokee Street<br>Denver, CO 80223-3208 | Highland Capital Real Estate Fund, LP<br>c/o Strand Advisors, Inc.<br>Attention:  Davis Deadman<br>13455 Noel Road, Suite 800<br>Dallas, TX 75240-1530 | Hoss Electric Corp.<br>5130 Parfet Street<br>Wheat Ridge, CO 80033-2148 |
| Howard and Adene Zelkin<br>5455 Landmark Pl, Unit 504<br>Greenwood Village, CO 80111-1952 | Hunton & Williams, LLP<br>Attention: Howard Schreiber, Esq.<br>1445 Ross Avenue<br>Dallas, TX 75202-2711 | Hydro-Dynamic Services, LLC<br>2207 Lake Avenue<br>East Lake, CO  80614 |
| Hypo Real Estate Capital Corp.<br>Attn: Chief Legal Officer<br>622 Third Avenue, 31st Floor<br>New York, NY 10017-6716 | Hypo Real Estate Capital Corp.<br>Attn: David McNeill<br>622 Third Avenue, 31st Floor<br>New York, NY 10017-6716 | Hypo Real Estate Capital Corp.<br>Attn: Head of Portfolio Management<br>622 Third Avenue, 31st Floor<br>New York, NY 10017-6716 |

```
(p)INTERNAL REVENUE SERVICE          Images Flooring, Inc.                Input Technologies, LLC
CENTRALIZED INSOLVENCY OPERATIONS    1820 W. Evans Ave.                   P.O. Box 380
PO BOX 21126                         Englewood, CO 80110-1019             Colorado Springs, CO 80901-0380
PHILADELPHIA PA 19114-0326


Integrated Builders, Inc.            Isaacson Rosenbaum, P.C.             J. William Callison
302 N. Market Street, Suite 305      633 17th Street, Suite 2200          Maureen Sullivan
Dallas, TX 75202-1814                Denver, CO 80202-3661                4622 S. Vine Way
                                                                          Cherry Hills Village, CO 80113-6045


JB Tile Installation, Inc.           JY Foods, LLC                        James & Ashley Miller
15731 E. 106th Way                   Phil Haag                            258 Lead Queen Drive
Commerce City, CO 80022-0618         5375 Landmark Place, Ste 105         Castle Rock, CO 80108-8305
                                     Greenwood Village, CO 80111-1949


James Chorba                         Jet Urban Development                Jim Dondero
5810 Brookline Drive                 365 W. 12th Avenue                   13455 Noel Road, Unit 800
Rowlett, TX 75089-3227               Denver, CO 80204-3656                Dallas, TX 75240-1530


Jim McLoughlin                       Julia Koeppe Architects              Karl Hirschey
2412 North Burling Street            1500 S. Pearl Street Suite 200       3516 Colgate
Chicago, IL 60614-2616               Denver, CO 80210-2684                Dallas, TX 75225-5009


Ken Caryl Glass Inc.                 Keri Chorba                          LISALOU Hair, LLC
12450 Mead Way                       5810 Brookline Drive                 Lisa Jackson
Littleton, CO 80125-9757             Rowlett, TX 75089-3227               5425 Landmark Place, Ste 310
                                                                          Greenwood Village, CO 80111-1951


La Jolla Pacific, Ltd.               Landmark Towers c/o Hammersmith      Legacy Mechanical, Inc.
9571 Irvine Center Drive             5619 DTC Parkway Suite 900           5161 Ward Road, Unit 2
Irvine, CA 92618-4654                Greenwood Village, CO 80111-3096     Wheat Ridge, CO 80033-1924


Lehrer's Fireplace and Patio         Limemark, LLC                        Little Eden Plantscaping
2085 S. Holly                        Curt Sims                            15550 W. 72nd Ave.
Denver, CO 80222-4827                5425 Landmark Place                  Arvada, CO 80007-7579
                                     Suite D-101 and D-103
                                     Greenwood Village, CO 80111-1951


Locke Lord Bissell and Liddell LLP   M5 Inc.                              MKK Consulting Engineers, Inc.
Attention: Jeffrey D. Wallace        Ronald Mazur                         7600 East Orchard Suite 250S
2200 Ross Avenue, Suite 2200         5380 Greenwood Plaza Blvd., Ste 106  Greenwood Village, CO 80111-2539
Dallas, TX 75201-2748                Greenwood Village, CO 80111-1948


MSC Denver Invest, LP                MSI, LLC                             (c)MAJI PARTNERS, LLC
5950 Berkshire, Suite 270            390 Interlocken Crescent Suite 500   400 S STEELE ST UNIT 58
Dallas, TX 75225-5815                Broomfield, CO 80021-8041            DENVER CO  80209-3536
```

| | | |
|---|---|---|
| Mandil, Inc.<br>846 Elati Street<br>Denver, CO 80204-4540 | Mark D. Schooler<br>8100 Lomo Alto, Unit 216<br>Dallas, TX 75225-6545 | Markus Paul, LLC<br>Manfred Georg<br>5455 Landmark Place, Ste 102<br>Greenwood Village, CO 80111-1950 |
| Marty Johnson<br>211 Crystal Valley Road<br>Manitou Springs, CO 80829-2667 | McKinley Freeway Center II, Inc.<br>6892 S Yosemite Court, Suite 2-105<br>Centennial CO 80112-1464 | Mike Melun<br>5658 S Geneva St,<br>Greenwood Village CO 80111-3727 |
| Milender White Construction Co.<br>13050 W. 43rd Drive<br>Golden, CO 80403-7229 | Moda LLC<br>Andy Morris<br>6560 Greenwood Plaza Blvd., Suite 525<br>Greenwood Village, CO 80111-7102 | Monroe and Newell Engineers, Inc.<br>P.O. Box 1791<br>Rifle, CO 81650-1791 |
| Morris and Helen Ginsburg<br>5801 S. Happy Canyon Drive<br>Englewood, CO 80111-1006 | Murphy O'Brien<br>1630 Stewart St. Ste. 140<br>Santa Monica, CA 90404-4058 | Nancy Johnson<br>211 Crystal Valley Road<br>Manitou Springs, CO 80829-2667 |
| Nat'l Ctr for Real Estate Research<br>894 E Homestead Dr.<br>Highlands Ranch, CO 80126-2412 | Newberry Brothers Greenhouse, Inc.<br>Nat'l Ctr for Real Estate Research<br>894 E Homestead Dr.<br>Highlands Ranch, CO 80126-2412 | NexBank SSB, as Agent<br>Attention:  Jeff Scott<br>13455 Noel Road, Suite 2220<br>Dallas, TX 75240-6808 |
| NexBank SSB, as Agent<br>Attention: Matthew W. Beshears<br>13455 Noel Road, Suite 2220<br>Dallas, TX 75240-6808 | OLC C and M LLC<br>7841 S. Wheeling Court<br>Englewood, CO 80112-4554 | Occasions By Sandy<br>1789 W. Warren Avenue<br>Englewood CO 80110-1047 |
| Ouellette and Associates, Inc.<br>2256 Larimer Street<br>Denver, CO 80205-2019 | Overhead Door Company - Denver<br>3291 Peoria Street<br>Aurora, CO 80010-1474 | Michael J. Pankow<br>410 17th St.<br>22nd Fl.<br>Denver, CO 80202-4437 |
| Parking Consultants, LLC<br>3400 East Bayaud Avenue Suite 300<br>Denver, CO 80209-2929 | Paul Ledbetter<br>c/o Cinemark USA, Inc.<br>3900 N. Dallas Pkwy, Suite 500<br>Plano, TX 75093-7871 | Phillip J. Ruschmeyer<br>5455 Landmark Place, Unit 1203<br>Greenwood Village, CO 80111-1958 |
| Pizza Republica, LLC<br>Geoff McFarlane and Mark Lynn<br>5375 Landmark Place, Suite 113<br>Greenwood Village CO 80111-1949 | Powder Networks, LLC<br>Soltice Multimedia<br>4601 Quebec Street Unit C2<br>Denver, CO 80216-3422 | Project One Integrated Services, LLC<br>9785 Maroon Circle Suite 380<br>Englewood, CO 80112-5928 |
| RPI<br>2730 S. Tejon Street<br>Englewood, CO 80110-1206 | RPM Parking Companies, Inc.<br>1350 Shoshone St.<br>Denver CO 80204-2411 | Randolf O. Twogood<br>15581 E. Indian Grass Ave<br>Parker, CO 80134-3055 |

| | | |
|---|---|---|
| Red Caf, LLC<br>Charlie Huang<br>5370 Greenwood Plaza Blvd., Ste 101<br>Greenwood Village, CO 80111-1947 | Ricardo and Janet Ferreyros<br>14064 E. Fair Avenue<br>Centennial, CO 80111-6017 | Rich Clarkson and Associates, LLC<br>1099 18th St. Ste. 2840<br>Denver, CO 80202-1918 |
| Rider Jensen<br>Betty E. Fiore<br>10856 E. Berry Avenue<br>Englewood, CO 80111-3972 | Rike Palese<br>Jonathan Keiler<br>3284 S. Oneida Way<br>Denver, CO 80224-2830 | Riviera Electric<br>P.O. Box 24175<br>Tempe, AZ 85285-4175 |
| Rogers and Sons, Inc.<br>4775 Fox Street<br>Denver, CO 80216-1824 | Rudawsky<br>93 Blue Heron Drive<br>Greenwood Village, CO 80121-2158 | Sandra Padgett Trust<br>4925 N. Mesa Drive<br>Castle Rock, CO 80108-9358 |
| Schmidt and Stacy Consulting Engineers<br>2711 N. Haskell Ave, Ste 400 LB29<br>Dallas, TX 75204-2911 | Securitas Security Service USA, Inc.<br>File 57220<br>Los Angeles, CA  90074-7220 | Security Central, Inc.<br>7100 South Clinton Street Suite 200<br>Centennial, CO 80112-3353 |
| Sedita Manufacturing<br>6333 East 56th Avenue<br>Commerce City, CO 80022-3925 | Silver Cinemas Acquisition Co.<br>Lease Administrator<br>2222 S. Barrington Ave.<br>Los Angeles, CA 90064-1206 | Solace Confections Ltd<br>Penny and Robert Currie<br>P.O. Box 371347<br>Denver, CO 80237-5347 |
| Sonal Patel<br>12 Buell Mansion Pkwy<br>Englewood, CO 80113-4100 | Steel Management, Inc.<br>4460 East 106th Drive<br>Thornton, CO 80233-4506 | Steve Johnson<br>805 Ridgeway<br>Morro Bay, CA 93442-2815 |
| Steve M. Bassett<br>9 Meadowview Lane<br>Greenwood Village, CO 80121-1235 | Steve Nelson<br>P. O. Box 8890<br>Breckenridge, CO 80424-9003 | Steven Phillip Weinstein<br>5425 Greenwood Plaza Blvd, Ste 306<br>Greenwood Village, CO  80111 |
| Superior Roofing<br>14700 E. 39th Avenue<br>Denver, CO 80011-1244 | Superior Wall and Ceiling, Inc.<br>8181 W. Brandon Drive<br>Littleton, CO 80125-9765 | SurvTech Solutions, LLC<br>18768 East Whitaker Circle<br>Aurora, CO 80015-3258 |
| Tacito Design, Inc.<br>2305 East Arapahoe Road Suite 151<br>Centennial, CO 80122-1581 | Taylor Max, LLC<br>Rike Palese<br>9200 E. Panorama Cir. Ste. 140<br>Englewood, CO 80112-3482 | Teds Montana Grill, Inc.<br>George McKerrow<br>133 Luckie St., 6th Floor<br>Atlanta, GA 30303-2038 |
| The Hapa Group, Inc.<br>Mark Van Grack<br>5380 Greenwood Plaza Blvd., Ste 101<br>Greenwood Village, CO 80111-1948 | The Landmark Towers Condo HOA<br>5455 Landmark Place<br>Greenwood Village, CO 80111-1950 | Thomas M. Kim<br>R2 Advisors LLC<br>1350 17th Street, Suite 206<br>Denver, CO 80202-1525 |

| | | |
|---|---|---|
| Tom Owens<br>37 Kildonan<br>Richardson, TX 75082-2674 | Total Plumbing, Inc.<br>4701 N. Colorado Boulevard<br>Denver, CO  80216-3218 | Trouble Beauty<br>5425 Landmark Place Suite 310<br>Greenwood Village, CO 80111-1951 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Uncorked, LLC<br>Aaron Anderson<br>7600 Landmark Way, Unit 107<br>Greenwood Village, CO 80111-1961 | Victor Metal Works<br>16151 E. Colorado Avenue<br>Aurora, CO 80017-5122 |
| Vino Alegre, LLC<br>Cynthia Asensio<br>5370 Greenwood Plaza Blvd, Ste 106<br>Greenwood Village, CO 80111-1947 | Walter Hebert<br>1203 Hills Creek Drive<br>McKinney, TX 75070-5211 | Xcel Energy<br>PO Box 9477<br>MPLS, MN  55484-9477 |
| Yanni, Inc.<br>Amy and John Stavropoulos<br>9900 E Grand Avenue<br>Greenwood Village, CO 80111-3621 | Zachary M. Davidson<br>17250 Knoll Trail Drive, Unit 204<br>Dallas, TX 75248-1130 | Zachary M. Davidson<br>585 S. FM 1138<br>Nevada, TX 75173-8433 |
| Zachary M. Davidson<br>620 Monte Vista<br>Dallas, TX 75223-1242 | Zachary M. Davidson<br>789 Clayton Street<br>Denver, CO 80206-3814 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
P. O. Box 21126
Philadelphia, PA  19114-0326


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Maji Partners, LLC
58 Hyde Park Circle
Denver, CO  80209


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.