UNANIMOUS CONSENT OF THE GENERAL PARTNER OF 7677 EAST BERRY AVENUE ASSOCIATES, L.P. TO INITIATE CHAPTER 11 BANKRUPTCY CASE

August 29, 2009

The undersigned, constituting the member (the "Member"), the manager (the "Manager"), and the independent manager (the "Independent Manager") of EDC DENVER I, LLC, the general partner (the "General Partner") of 7677 EAST BERRY AVENUE ASSOCIATES, L.P. (the "Partnership"), hereby unanimously adopt the following resolutions and consent to the taking of all actions set forth herein as if such resolutions had been adopted at a duly called and held meeting of the General Partner:

The General Partner has determined that it is in the best interest of the Partnership to initiate a Chapter 11 Bankruptcy case in the Partnership's name.

Accordingly, the following resolutions are adopted:

RESOLVED, that Brownstein Hyatt Farber Schreck, LLP ("BHFS") be and hereby is appointed to act and serve as attorneys at law for the Partnership in all legal matters relating to the insolvency, bankruptcy, reorganization, workouts or liquidation of the Partnership, including all legal representation reasonably related thereto, and that the customary professional charges for the services as attorneys be paid to them from time to time; and be it

RESOLVED, that the General Partner be, and hereby is authorized, empowered and directed to execute, deliver and cause the performance of, in the name and on behalf of the Partnership, the employment and payment of BHFS as described in the foregoing Resolution; and be it

RESOLVED, that the General Partner be, and hereby is, authorized and directed to take such actions and execute and deliver on behalf of the Partnership such documents and/or instruments as may be necessary to accomplish the foregoing Resolutions; and be it

RESOLVED, that a Voluntary Petition in Chapter 11 of Title 11, U.S.C. (the "Petition"), and all documents related thereto and to the bankruptcy proceeding thereby effectuated, be, and hereby is, adopted and approved in its entirety and the bankruptcy, liquidation and reorganization contemplated thereby be, and hereby is, authorized, adopted and approved, in such form and containing such terms and conditions, with such changes, additions, deletions, amendments or modifications, as the General Partner executing the same deem necessary, proper or advisable; and be it

RESOLVED, that the General Partner be, and hereby is, authorized, empowered and directed to execute, deliver and cause the performance of, in the name and on behalf of the Partnership, the Petition, with such changes therein, deletions therefrom or additions thereto, as the General Partner executing the same shall approve, the execution

10732\26\1306200.2

and delivery thereof to be conclusive evidence of the approval and ratification thereof by such General Partner; and be it

RESOLVED, that the General Partner be, and hereby is, authorized to file, or cause to be filed, the Petition with the United States Bankruptcy Court in the District of Colorado in accordance with the applicable provisions of all applicable federal and state bankruptcy laws; and be it

RESOLVED, that the General Partner be, and hereby is, authorized and directed to take such actions and execute and deliver on behalf of the Partnership such documents and/or instruments as may be necessary to accomplish the foregoing resolutions; and be it

RESOLVED, that all actions taken by the General Partner prior to the date of this unanimous written consent which are within the authority conferred by the foregoing resolutions are ratified and approved; and be it

RESOLVED, that the General Partner be, and hereby is, authorized, empowered and directed to take, from time to time in the name and on behalf of the Partnership, such actions and execute and deliver such certificates, instruments, notices and documents, including any amendments thereto, as may be required from time to time or as such General Partner may deem necessary, advisable or proper in order to carry out and perform the obligations of the Partnership under and in connection with the foregoing resolutions; and all such certificates, instruments, notices and documents to be executed and delivered in such form as the General Partner executing the same shall approve, the execution and delivery thereof by such General Partner to be conclusive evidence of the approval and ratification thereof by such General Partner; and be it

RESOLVED, that the General Partner is authorized to execute on behalf of the Partnership any necessary paperwork to initiate the authorized bankruptcy proceedings.

[Remainder of Page Left Intentionally Blank]

The undersigned, comprising the Member, the Manager and the Independent Manager of the General Partner hereby consent to the action taken herein, it being expressly intended and understood that this consent to action shall be effective as of the date first written above.

GENERAL PARTNER:

EDC DENVER I, LLC,
a Delaware limited liability company

MEMBER:

EVEREST HOLDINGS, LLC,
an Oklahoma limited liability company

By: _____
Name: Zach Davidson
Its: Manager

MANAGER:

By: _____
Name: Zach Davidson


INDEPENDENT MANAGER:


By: _____
Name: Thomas M. Kim

10732\26\1306200.2                              3

The undersigned, comprising the Member, the Manager and the Independent Manager of the General Partner hereby consent to the action taken herein, it being expressly intended and understood that this consent to action shall be effective as of the date first written above.

GENERAL PARTNER:

EDC DENVER I, LLC,
a Delaware limited liability company

MEMBER:

EVEREST HOLDINGS, LLC,
an Oklahoma limited liability company

By: _____
Name: Zach Davidson
Its: Manager


MANAGER:

By: _____
Name: Zach Davidson


INDEPENDENT MANAGER:

By: *[signature]*
Name: Thomas M. Kim