UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: 7677 East Berry Avenue Associates, L.P.
      Debtor(s)

Case No.: 09-28000-ABC
Chapter: 11

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or
Verification of Creditor Matrix
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 8/30/2009
By : Michael J. Pankow

This Notice refers to the following missing documents which were NOT filed with the court
and your case will be dismissed if you do not file the missing document(s):

- Other: Summary of Schedules
      Declaration re: Schedules
- Statement of financial affairs - all
- Schedules - all

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s). If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 505(a)(3), the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) Interim Bankruptcy Rule 1007, (b) Transitional Local Bankruptcy Rule 1007-1, (c) Local Bankruptcy Rule 505(a)(3) and/or (d) 11 U.S.C. § 521. Under this Notice, your case may be dismissed no sooner than in fifteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707(a)(3), 1112(b), 1208(c) or 1307(c), as applicable, without any additional notice or a hearing. Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. § 521.)*

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said statement and schedules within 15 days after filing the petition. The deficiency cure date appears below.

**Pursuant to Local Bankruptcy Rule 102(c), in any case in which the debtor files a statement, schedule or creditors address matrix after the receipt of a notice of deficiency issued by the clerk pursuant to local Bankruptcy Rule 505(a), the debtor shall serve a copy of such statement, list or schedule on the United States Trustee and any chapter 7, 11, 12, or 13 trustee serving in the case, and shall file an appropriate Certificate of Service as evidence thereof.**

DEFICIENCY CURE DATE: 9/14/2009       FOR THE COURT:
                                      Bradford L. Bolton, Clerk

                                      s/ Thanh Nguyen
                                           Deputy Clerk

                                      Dated  8/31/2009

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.