UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

---

Date: **October 2, 2009**　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael E. Romero, Presiding

---

In re: **7677 East Berry Avenue Associates, L.P., et al.**　　　　　Case No. 09-29706, 09-29707, 09-28000
**Chapter 11**
**Jointly Administered under**
**case no. 09-28000-MER**

Debtors.

---

| | Appearances | | |
|---|---|---|---|
| Trustee | **U.S. Trustee** | Counsel | **Alan K. Motes** |
| Debtor | **Everest Holdings, LLC** | Counsel | **Michael J. Pankow** |
| Debtor | **EDC Denver I, LLC** | Counsel | **Michael J. Pankow** |
| Debtor | **7677 East Berry Avenue Associates, L.P.** | Counsel | **Michael J. Pankow** |
| Creditor | **NexBank, SSB** | Counsel | **Michael D. Warner (via telephone)** |
| Creditor | **Hypo Real Estate Capital Corporation** | Counsel | **Jeffrey Cohen and Ronald Sussman** |
| Creditor | **Official Committee of Unsecured Creditors** | Counsel | **Lee Kutner** |
| Other | **Carmel Landmark, LLC** | Counsel | **Craig A. Christensen** |
| Creditor | **Beck Residential, LLC** | Counsel | **Thomas C. Bell (via telephone)** |
| Creditor | **Bank MidWest** | Counsel | **John Young** |

Proceedings:　　Continued Status Conference on (1) Debtor's *Motion for Approval of Post-Petition Financing* **(filed August 30, 2009, Docket #11) and** (2) Debtor's *Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Request for Preliminary Hearing* **(filed August 30, 2009, Docket #13).**

**Mr. Pankow advised the Court the Debtors have a signed term sheet with Hypo Real Estate and will move forward to obtain Court approval of the agreement.**

**Orders:**

**(1)  The Debtors are ordered to file, on or before Wednesday, October 7, 2009, a motion to approve the financing agreement with Hypo Real Estate with a notice which (a) establishes the deadline of Wednesday, October 21, 2009, for the filing of objections; and (b) schedules a hearing for Monday, October 26, 2009, at 1:30 p.m. in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.  If the hearing involves a contested factual issue, the parties shall file and exchange witness and exhibit lists on or before October 23, 2009.  Do not file the actual exhibits unless otherwise directed by the Court.  The parties are limited in the presentation of documentary evidence and witnesses at the hearing to the documents exchanged and witnesses specifically identified, excluding rebuttal exhibits and witnesses.  At the start of the hearing, each party shall provide three (3) copies of all exhibits to the Law Clerk or Courtroom Deputy.  Two (2) copies are for the Court and one (1) copy is for the witness.  The original exhibits are to be used by the witness.  Exhibits should be placed in a binder and should be labeled and indexed as set forth on the Court's website, located at www.cob.uscourts.gov.**

**(2)  The Court approves the Second Interim Order Authorizing Use of Cash Collateral.  A separate Order shall enter.**

Date: **October 2, 2009**　　　　　　　　　　　　FOR THE COURT:
*Bradford L. Bolton, Clerk*

　　　　　　　　　　　　　　　　　　　　　　　　By: _____