# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE<br>ASSOCIATES, L.P., ET AL.<br><br>Debtors. | Case Nos. 09-27906, 09-27907, 09-28000<br><br>Jointly Administered under<br>Case No. 09-28000-MER<br><br>Chapter 11 |

## ORDER AUTHORIZING POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364, GRANTING PRIMING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. § 364, AND AUTHORIZING USE OF CASH COLLATERAL

Before the Court is the Motion for Approval of Post-Petition Financing from Hypo Real Estate Capital Corporation and for Authority to Use Cash Collateral of 7677 East Berry Avenue Associates, L.P. (the "Debtor"), as debtor and debtor in possession in the above-captioned Chapter 11 reorganization cases, dated October 7, 2009 (the "Motion").

Based upon the Motion, after due deliberation and sufficient cause appearing therefor, the Court orders that the Motion is GRANTED.[1]

Dated: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor will file a copy of the definitive loan agreement and ancillary documents once they have been prepared and executed by the parties thereto. The Debtor also will file a proposed form of a final order approving cash collateral use and authorizing the Hypo Financing prior to the objection deadline. This form of proposed order is being filed by the Debtor as required by General Procedure Order 2001-8.

10732\30\1323827.2