## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case Nos. 09-27906, 09-27907, 09-28000 |
| 7677 EAST BERRY AVENUE ASSOCIATES, L.P., ET AL. | Jointly Administered under Case No. 09-28000-MER |
| Debtors. | Chapter 11 |

## NOTICE OF FILING OF DEBTOR-IN-POSSESSION LOAN AGREEMENT AND PROPOSED ORDER IN CONNECTION WITH MOTION FOR APPROVAL OF POST-PETITION FINANCING FROM HYPO REAL ESTATE CAPITAL CORPORATION AND FOR AUTHORITY TO USE CASH COLLATERAL

7677 East Berry Avenue Associates, L.P. (the "Debtor") submits this Notice of Filing of Debtor-in-Possession Loan Agreement and Proposed Order in connection with its Motion for Approval of Post-Petition Financing from Hypo Real Estate Corporation and for Authority to Use Cash Collateral (the "DIP Financing Motion"), filed on October 7, 2009, and states as follows:

1.      Because the Debtor and Hypo Real Estate Capital Corporation had only recently completed a term sheet, the Debtor filed the DIP Financing Motion without a loan agreement and without a final proposed order approving the agreement and the DIP Financing Motion.

2.      Attached as Exhibit 1 is a draft Debtor-in-Possession Loan and Security Agreement.  Attached as Exhibit 2 is a draft final proposed order.  Neither document is final and is subject to further change, revision, and comment.

Dated this 20th day of October, 2009.

                                    **BROWNSTEIN HYATT FARBER
                                    SCHRECK, LLP**


                                    s/ Daniel J. Garfield
                                    Michael J. Pankow, #21212
                                    Daniel J. Garfield, #26054
                                    410 17th Street, Suite 2200
                                    Denver, Colorado  80202
                                    Telephone:  (303) 223-1100
                                    Facsimile:  (303) 223-1111
                                    mpankow@bhfs.com
                                    dgarfield@bhfs.com