6D (Official Form 6D) (12/07)

| In re: 7677 East Berry Avenue Associates, L.P. Debtor. | Case No.: 09-28000-MER (If known) |
|---|---|

## SUPPLEMENTAL SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B. a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, plan an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Accessory Warehouse 6528 S. Racine Circle Centennial, CO 80111 | X | | Work done on miscellaneous units of the Debtor's property Value $155,713,000 | | | | 1,266.00 | 0.00 |
| ACCOUNT NO. Builder's Appliance Center 1880 West Oxford Ave., Unit A Englewood, CO 80110 | X | | Work done on miscellaneous units of the Debtor's property Value $155,713,000 | | | | 6,743.81 | 0.00 |
| ACCOUNT NO. Closet and Storage Concepts 117 S. Sunset Street, Suite A Longmont, CO 80501 | X | | Work done on miscellaneous units of the Debtor's property Value $155,713,000 | | | | 39,000.00 | 0.00 |
| | | | | | | Subtotal ► (Total of this page) | $47,009.81 | $0.00 |
| | | | | | | Total ► (Use only on last page)l | $ | $ |

__2__ Continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D – Continued (10/06)

| In re:<br>7677 East Berry Avenue Associates, L.P.<br>Debtor. | Case No.:<br>09-28000-MER<br>(If known) |
|---|---|

## SUPPLEMENTAL SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Colorado Carpet Distributors<br>12775 E. 47th Avenue<br>Denver, CO 80239 | X | | Work done on miscellaneous units of the Debtor's property<br><br>Value $155,713,000 | | | | 21,246.56 | 0.00 |
| ACCOUNT NO.<br>Custom Expressions<br>1800 E. Cliff Road<br>Burnsville, MN 55337 | X | | Work done on miscellaneous units of the Debtors' property<br><br>Value $155,713,000 | | | | 3,840.00 | 0.00 |
| ACCOUNT NO.<br>Mandil, Inc.<br>846 Elati Street<br>Denver, CO 80204 | X | | Work done on miscellaneous units of the Debtor's property<br><br>Value $155,713,000 | | | | 174,677.23 | 0.00 |
| ACCOUNT NO.<br>SNR Contractors and Assoc.<br>1525 Harrison Street, Unit 1<br>Denver, CO 80206 | X | | Work done on miscellaneous units of the Debtor's property<br><br>Value $155,713,000 | | | | 6,158.77 | 0.00 |
| ACCOUNT NO.<br>Solstice Multimedia<br>4601 Quebec Street, Unit C-2<br>Denver, CO 80216 | X | | Work done on miscellaneous units of the Debtor's property<br><br>Value $155,713,000 | | | | 20,169.82 | 0.00 |
| Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal(s) ▶ (Total(s) of this page) | | | | $226,092.38 | $0.00 |
| | | | Total(s) ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| In re: 7677 East Berry Avenue Associates, L.P. Debtor. | | Case No.: 09-28000-MER (If known) |
|---|---|---|

## SUPPLEMENTAL SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. The Kitchen Showcase, Inc. 6528 S. Racine Circle Centennial, CO 80111 | X | | Work done on miscellaneous units of the Debtor's property  Value $155,713,000 | | | | 20,409.98 | 0.00 |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal(s) ▶ (Total(s) of this page) | $20,409.98 | $0.00 |
| Total(s) ▶ (Use only on last page) | $293,512.17 | $0.00 |
| | Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re 7677 East Berry Avenue Associates, L.P.,　　　　　　Case No. 09-28000-MER
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information and belief.

Date _____　　　　Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____　　　　Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　　If joint case, both spouses must sign

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　　　　　　_____
Printed or Typed Name and Title, if any, of　　　Social Security Number
Bankruptcy Petition Preparer　　　　　　　　　*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____　　　　　　　　_____
Signature of Bankruptcy Petition Preparer　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of EDC Denver I, LLC, the General Partner of 7677 East Berry Avenue Associates, L.P. named as debtor in this case, declare under penalty of perjury that I have read the foregoing supplemental schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date January 14, 2010　　　　　　　　　7677 East Berry Avenue Associates, L.P.
　　　　　　　　　　　　　　　　　　　　　By: EDC I Denver, LLC, its General Partner

　　　　　　　　　　　　　　　　　　　　　Zachary M. Davidson, its Manager

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*