# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case Nos. 09-27906, 09-27907, 09-28000 |
| 7677 EAST BERRY AVENUE ASSOCIATES, L.P., ET AL. | Jointly Administered under Case No. 09-28000-MER |
| Debtors. | Chapter 11 |

## NOTICE OF FILING AMENDED FORBEARANCE AND MODIFICATION AGREEMENT

7677 East Berry Avenue Associates, L.P. (the "Debtor") hereby files an amended Forbearance and Modification Agreement with respect to the Debtor's Motion for Approval of a Forbearance and Modification Agreement with respect to a Debtor-In-Possession Loan and Security Agreement.

DATED this 9th day of June, 2010.

Respectfully submitted,

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

_s/Daniel J. Garfield_
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com

*Attorneys for the Debtor*

10732\27\1411076.1

## CERTIFICATE OF MAILING

The undersigned certifies that on this 9th day of June, 2010, a true and correct copy of the **NOTICE OF FILING AMENDED FORBEARANCE AND MODIFICATION AGREEMENT** was sent via electronic mail or facsimile properly addressed to the following:

Jody Harper Alderman
Alderman Bernstein LLC
450 E. 17th Ave., Ste. 400
Denver, CO 80203
jha@ablawcolorado.com

Lynda L. Atkins
633 17th St., Ste. 3000
Denver, CO 80202
latkins@shermanhoward.com

Thomas C. Bell
1550 17th St., Ste. 500
Denver, CO 80202
tom.bell@dgslaw.com

Joyce M. Bergmann
4750 Table Mesa Dr.
Boulder, CO 80305
joyce@frascona.com

John A. Berman
1660 Lincoln St., Ste. 1750
Denver, CO 80264
jab@jaberman.com

Kenneth J. Buechler
1828 Clarkson St., Ste. 200
Denver, CO 80218
ken@kjblawoffice.com

Wm. David Byassee
1099 18th St., Ste. 2150
Denver, CO 80202
dbyassee@jacksonkelly.com

Peter A. Cal
633 17th St., Ste. 3000
Denver, CO 80202-3665
pcal@sah.com

Jeffrey L. Cohen
1114 Avenue of the Americas
New York, NY 10036-7798
jcohen@cooley.com

Virginia M. Dalton
1775 Sherman St., Ste. 2000
Denver, CO 80203
vmdalton@pearlmandalton.com

Elizabeth K. Flaagan
Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203
EFlaagan@faegre.com
bdempsey@faegre.com

Gilbert R Egle
1401 17th St.,
Ste. 800
Denver, CO 80202
Gil@Preeosilv.com

Terry Ehrlich
7691 Shaffer Pkwy., Ste. A
Littleton, CO 80127
terryehrlich@arnoldarnold.com

Ronald S. Fitzke
4 Inverness Ct. E., Ste. 100
Englewood, CO 80112
sfitzke@ssf-law.net

Charles Greenhouse
1228 15th St., 2nd Fl.
Denver, CO 80202
cgreenhouse@mfgll.com

Leslie B. Greer
3555 S. Sherman St., Suite 8
Englewood, CO 80113
lesliegreer@yahoo.com

Lee M. Kutner
303 E. 17th Ave., Ste. 500
Denver, CO 80203
lmk@kutnerlaw.com

Joel Laufer
5290 DTC Pkwy, , Ste. 150
Englewood, CO 80111
jl@jlrplaw.com

Jeffrey M. Lippa
1200 Seventeenth St., Ste. 2400
Denver, CO 80202
303-572-6540 (fax)

Wm. David Lytle
229 Colorado Ave.
Pueblo, CO 81004
lytle@altman-keilbach.com

Ellen McNamara
1401 Seventeenth St., Ste. 800
Denver, CO 80202
EMcNamara@preeosilv.com

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202
Alan.Motes@usdoj.gov

Jennifer M. Osgood
6400 S. Fiddler's Green Cr , Ste. 1000
Greenwood Village, CO 80111
josgood@bfw-law.com

Edward T. Ramey
1001 17th Street, Suite 1800
Denver, CO 80202
ERamey@ir-law.com

George Rosenberg
5334 S. Prince St.
Littleton, CO 80166
GRosenberg@co.arapahoe.co.us

Giovanni M. Ruscitti
Mark Changaris
1712 Pearl St.
Boulder, CO 80302
gmr@bhgrlaw.com

Scott C. Sandberg
Brian P. Gaffney
Snell & Wilmer
1200 17th Street, Ste. 1900
Denver, CO 80202
ssandberg@swlaw.com
bgaffney@swlaw.com

Brianna L Schaefer
5610 Ward Rd. , Ste. 300
Arvada, CO 80002
bschaefer@hindmansanchez.com

Thomas C. Seawell
1125 17th St. , Ste. 2100
Denver, CO 80202
tseawell@qwestoffice.net

Holly R. Shilliday
1200 17th St. , Ste. 1900
Denver, CO 80202
hshilliday@swlaw.com

Jack L. Smith
Risa Lynn Wolf-Smith
Holland&Hart
555 17th St. , Ste. 3200
Denver, CO 80201
dcochran@hollandhart.com

Jeffrey A. Smith
Cooley Godward Kronish LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
jsmith@cooley.com

Max S. Stich
5445 DTC Parkway, Ste. 800
Greenwood Village, CO 80111
mstich@tslawpc.com

Daniel C. Wennogle
818 Colorado Ave.
PO Box 790
Glenwood Springs, CO 81602
danw@balcombgreen.com

John G. Lubitz
370 17th Street, Suite 4400
Denver, CO 80202
jlubitz@mlh-law.com

James E. Nesland
14252 East Caley Avenue
Aurora, CO 80016
Fax: 303-680-3985

*s/Connie Windholz*

10732\27\1411076.1

3