UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE<br>ASSOCIATES, L.P., ET AL.<br><br>Debtors. | Case Nos. 09-27906, 09-27907, 09-28000<br><br>Jointly Administered under<br>Case No. 09-28000-MER<br><br>Chapter 11 |

## NOTICE OF SALE OF LANDMARK TOWERS CONDOMINIUM UNIT 814 FREE AND CLEAR OF LIENS

**PLEASE TAKE NOTICE** that on March 30, 2010, the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court") entered an order (the "Condominium Unit Sale Procedures Order") in the above-captioned Chapter 11 bankruptcy case of 7677 East Berry Avenue Associates, L.P. (the "Debtor") approving procedures (the "Condominium Unit Sale Procedures") for the sale of the Debtor's condominium units (each, a "Condominium Unit").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Condominium Unit Sale Procedures Order, the Debtor hereby provides notice of its intent to sell the Condominium Unit listed on **Schedule 1** attached hereto. Pursuant to the terms of the Condominium Unit Sale Procedures Order, unless a written objection is filed and served in accordance with the terms of the Condominium Unit Sale Procedures Order, the Bankruptcy Court will enter an order approving the sale of the Condominium Unit listed on Schedule 1.

**PLEASE TAKE FURTHER NOTICE** that

    a.    The sale of the Condominium Unit will be in accordance with the Condominium Unit Sale Procedures Order.

    b.    If a Purchaser (as defined in the Condominium Unit Sale Procedures Order) of the Condominium Unit is unable to close, the Debtor may enforce the Bona

10732\27\1444046.1

Fide Sales Contract (as defined in the Condominium Unit Sale Procedures Order) pursuant to its terms.

c. The sale of the Condominium Unit will be free and clear of liens, claims, and encumbrances pursuant to 11 U.S.C. § 363(f).

d. The liens of the Secured Creditors (as defined in the Condominium Unit Sale Procedures Order) will attach to the sale proceeds of the Condominium Unit to the same extent, priority, and validity as under applicable nonbankruptcy law, and the Final DIP Loan Order (as defined in the Condominium Unit Sale Procedures Order), except that such sale proceeds shall be used to pay all customary costs and fees of sale and any listing agent or other commissions due and owing at closing; and

e. Each Purchaser is a good faith purchaser entitled to the good faith protections provided under 11 U.S.C. § 363(m), as described in the affidavit attached hereto as **Exhibit 1**.

f. The Debtor is aware that on May 21, 2010, an Event of Default (as defined in that certain Debtor-in-Possession Loan and Security Agreement dated as of November 20, 2009, between the Debtor and Hypo Real Estate Capital Corporation ("Hypo"), as agent and the Named Lenders therein as lenders (the "DIP Loan Agreement")) occurred.

g. On May 26, 2010 Hypo mailed a Notice of Event of Default to the Debtor and others and filed a Notice of Event of Default with the Bankruptcy Court (Dkt. #605).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Sale Notice must be filed and served so that such objection is filed with the Bankruptcy Court and **actually received** by the following parties no more than 14 days after the date of mailing of this Sale

Notice (i.e., by **September 22, 2010**):  (i) counsel for the Debtor, Brownstein Hyatt Farber Schreck, LLP, 410 17th St., Suite 2200, Denver, Colorado 80202 (attn: Michael J. Pankow, Esq. and Daniel J. Garfield, Esq.), facsimile no. 303-223-1111; and (ii) counsel for Hypo Real Estate Capital Corporation, Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, NY 10036 (Attn: Jeffrey Cohen), facsimile no. 212-202-5200 (collectively, the "Sale Notice Objection Parties").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Sale Notice is timely filed and served, the Debtor shall seek a hearing on such objection and shall provide notice of such hearing to the objecting party and the other Sale Notice Objection Party. If no objection is filed, such objection is overruled by the Bankruptcy Court, or such objection withdrawn, the Bankruptcy Court will enter the form of order attached to this Sale Notice approving the sale of the Condominium Unit to be sold on Schedule 1.

Dated this 8th day of September, 2010.

                                                  **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

                                                  *s/Daniel J. Garfield*
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com

*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE<br>ASSOCIATES, L.P., ET AL.<br><br>Debtors. | Case Nos. 09-27906, 09-27907, 09-28000<br><br>Jointly Administered under<br>Case No. 09-28000-MER<br><br>Chapter 11 |

### DECLARATION OF ANDREW S. MILLER IN SUPPORT OF
### 7677 EAST BERRY AVENUE ASSOCIATES, L.P.'S NOTICE
### TO SELL CONDOMINIUM UNIT FREE AND CLEAR OF ALL LIENS

I, Andrew S. Miller, hereby declare under penalty of perjury:

1. I am the Chief Restructuring Officer of 7677 East Berry Avenue Associates, L.P. (the "Debtor").

2. This declaration is submitted in support of the Debtor's Notice to Sell Condominium Unit Free and Clear of All Liens (the "Notice").

3. I have first-hand knowledge of the facts described in Notice. If called to testify in support of the Notice, I would testify that:

   a. The Debtor and Susan E. Yost ("Yost") entered into a Purchase Contract for Landmark Unit 814. The purchase price of Unit 814 is $665,000.00. Both the Debtor and Yost are able and willing to close by the scheduled closing date.

   b. Yost is not an "insider" or "affiliate" of the Debtor, and her conduct with respect to the purchase of Unit 814 has been in good faith. The transaction between Yost and the Debtor was negotiated at arms' length. Neither the Debtor nor Yost have engaged in conduct that would prevent the application of section 363(m) of the Bankruptcy Code.

DATED: September 8, 2010.

_____
Andrew S. Miller

10732\27\1444046.1

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2010, a true and correct copy of the NOTICE OF SALE OF LANDMARK TOWER CONDOMINIUM UNIT 814 FREE AND CLEAR OF LIENS was served via U.S. Mail, postage pre-paid, and properly addressed to the following:

*See attached Service List*

*s/Connie D. Windholz*

10732\27\1444454.1

Jody Harper Alderman
Alderman Bernstein LLC
450 E. 17th Ave., Ste. 400
Denver, CO 80203

Thomas C. Bell
Davis Grahm & Stubbs
1550 17th St. ,Ste. 500
Denver, CO 80202

Joyce M. Bergmann
4750 Table Mesa Dr.
Boulder, CO 80305

John A. Berman
1660 Lincoln St.
Ste. 1750
Denver, CO 80264

Kenneth J. Buechler
1828 Clarkson St., Ste. 200
Denver, CO 80218

Wm. David Byassee
Jackson Kelly PLLC
1099 18th St. , Ste. 2150
Denver, CO 80202

Peter A. Cal
Lynda L. Atkins
Sherman & Howard L.L.C.
633 17th St. , Ste. 3000
Denver, CO 80202

Mark Changaris
1712 Pearl St.
Boulder, CO 80303

Jeffrey L. Cohen
Ronald R. Sussman
Lesley A. Kroupa
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, NY 10036-7798

Bradford E. Dempsey
Elizabeth K. Flaagan
J. David Arkell
Faegre Benson
1700 Lincoln St., Suite 3200
Denver, CO 80203

Neal K. Dunning
Brown, Berardini & Dunning, P.C.
2000 S. Colorado Blvd.
Tower Two, Ste. 700
Denver, CO 80222

Gilbert R Egle
Ellen McNamara
Preeo, Silverman, Green & Egle, PC
1401 17th St. , Ste. 800
Denver, CO 80202

Terry Ehrlich
Arnold & Arnold
7691 Shaffer Pkwy., Ste. A
Littleton, CO 80127

Ronald S. Fitzke
4 Inverness Ct. E.
Ste. 100
Englewood, CO 80112

Charles Greenhouse
Franke Greenhouse List & Lippitt LLP
1228 15th St. , 2nd Fl.
Denver, CO 80202

Leslie B. Greer
3555 S. Sherman St.
Suite 8
Englewood, CO 80113

Lee M. Kutner
Kutner Miller Brinen, P.C.
303 E. 17th Ave. Ste. 500
Denver, CO 80203

Joel Laufer
Laufer & Padjen LLC
5290 DTC Pkwy, Ste. 150
Englewood, CO 80111

Jeffrey M. Lippa
Greenberg Traurig, LLP
1200 Seventeenth St. Ste. 2400
Denver, CO 80202

John G. Lubitz
370 17th Street, Suite 4400
Denver, CO 80202

Wm. David Lytle
229 Colorado Ave.
Pueblo, CO 81004

Alan K. Motes
United States Trustee
999 18th St., Ste. 1551
Denver, CO 80202

James E. Nesland
14252 East Caley Avenue
Aurora, CO 80016

Neil Oberfeld
633 17th Street, Suite 2200
Denver, CO 80202

Jennifer M. Osgood
6400 South Fiddler's Green Circle
Ste. 1000
Greenwood Village, CO 80111

Edward T. Ramey
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202

George Rosenberg
5334 S. Prince St.
Littleton, CO 80166

Giovanni M. Ruscitti
1712 Pearl St.
Boulder, CO 80302

Brianna L Schaefer
5610 Ward Rd.
Ste. 300
Arvada, CO 80002

Thomas C. Seawell
Sweetbaum, Levin & Sands, P.C.
1125 17th St., Ste. 2100
Denver, CO 80202

Holly R. Shilliday
Brian P. Gaffney
Scott C. Sandberg
Snell & Wilmer L.L.P.
1200 17th St., Ste. 1900
Denver, CO 80202

Jack L. Smith
Holland&Hart
PO Box 8749
Denver, CO 80201-8749

Jeffrey A. Smith
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021

Max S. Stich
5445 DTC Parkway
Ste. 800
Greenwood Village, CO 80111

C. Michael Sunoo
3555 S. Sherman St., Ste. 8
Englewood, CO 80113

Michael D. Warner
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Daniel C. Wennogle
Balcomb & Green, P.C.
818 Colorado Ave.
PO Box 790
Glenwood Springs, CO 81602

Risa Lynn Wolf-Smith
Holland & Hart LLP
555 17th St., Ste. 3200
Denver, CO 80201

Ascent Group, Inc.
4940 Pearl East Circle, Suite 202
Boulder, CO 80301-2442

Buchanan Yonushewski Group, LLC
500 East 8th Avenue
Denver, CO 80203-3711

Code Fire LLC,
4896 Van Gordon Street
Wheat Ridge, CO 80033-2116

Dal Tile Corporation,
P.O. Box 730578
Dallas, TX 75373-0578

Hydro Dynamic Services,
2207 Lake Avenue
East Lake, CO 80614

Julia Koeppe Architects
1500 S. Pearl Street Suite 200
Denver, CO 80210-2684

Ken Caryl Glass, Inc.,
12450 Mead Way
Littleton, CO 80125-9757

Legacy Mechanical, Inc.
5161 Ward Road, Unit 2
Wheat Ridge, CO 80033-1924

Rogers and Sons Inc.
4775 Fox Street
Denver, CO 80216-1824

Schindler Elevator Corporation
c/o Michael J. Glade
Inman Flynn Biesterfeld & Brentlinger, PC
1660 Lincoln Street, Ste 1700
Denver, CO 80264-1700

Sedita Manufacturing
6333 East 56th Avenue
Commerce City, CO 80022-3925

Superior Wall and Ceiling, Inc.
8181 W. Brandon Drive
Littleton, CO 80125-9765