UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-27906, 09-27907, |
| 7677 EAST BERRY AVENUE ) | 09-28000 |
| ASSOCIATES, L.P., ET AL., ) | Jointly Administered Under |
| ) | Case No. 09-28000-MER |
| Debtors. ) | |
| ) | Chapter 11 |

### ORDER VACATING DATES RELATED TO DEBTOR'S DISCLOSURE STATEMENT

THIS MATTER having come before the Court on the Official Committee of Unsecured Creditors Motion for Extension of Dates Related to Debtor's Disclosure Statement, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

That the September 2, 2010 date by which time objections must be filed with respect to the adequacy of the Debtors' pending Disclosure Statement is hereby vacated.

DONE and entered this __8th__ day of September, 2010 at Denver, Colorado.

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge