UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-27906, 09-27907, |
| 7677 EAST BERRY AVENUE ) | 09-28000 |
| ASSOCIATES, L.P., ET AL., ) | Jointly Administered Under |
| ) | Case No. 09-28000-MER |
| Debtors. ) | |
| ) | Chapter 11 |

## MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

The Official Committee of Unsecured Creditors in the case of 7677 East Berry Avenue Associates, L.P. ("Committee"), by and through its attorneys, Kutner Miller Brinen, P.C., moves the Court pursuant to 11 U.S.C. Section 1104(a) for appointment of a Chapter 11 Trustee in the captioned Chapter 11 case, and as grounds therefore states as follows:

1. On August 30, 2009, 7677 East Berry Avenue Associates, L.P. ("7677") filed its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. In order to finance its ongoing business operations which include the operation, management, construction, and sale of various properties located generally within a project known as the Landmark Project in Greenwood Village, Colorado ("Project"), the Debtor obtained debtor-in-possession financing from its pre-petition lender, Hypo Real Estate Capital Corporation ("Hypo").

3. In connection with the debtor-in-possession financing, this Court entered its Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (1) Approving Post-Petition Financing; (2) Authorizing Use of Cash Collateral; (3) Granting Liens and Providing Super Priority Administrative Expense Status; (4) Granting Adequate Protection; and (5) Modifying Automatic Stay ("Final DIP Order"). The Final DIP Order was entered on October 29, 2009.

4. Hypo holds a secured position in this case with a lien encumbering virtually all of the Debtor's real and personal property with the exception of avoidance actions.

5. The Debtor has now defaulted under the terms of the Final DIP Order and the debtor-in-possession financing agreements. Hypo has requested relief from the automatic stay in

this case. Presumably, once Hypo obtains relief from the automatic stay, all of the real and personal property, with the exception of avoidance actions, will be under the possession and control of Hypo as it proceeds with foreclosure and appointment of a receiver.

6. In fact, earlier in this case, due to the Debtor's prior defaults, Hypo and the Debtor sought appointment of and obtained an Order authorizing the appointment of a "restructuring officer" for the Debtor. This restructuring officer consisted of the firm of Miller Frishman Group, LLC ("MFG"). MFG essentially took over the control of the principal assets of this estate as a result of the Debtor's prior defaults. In essence, the Debtor has not been acting as a true debtor-in-possession since approximately mid-June of this year.

7. The Committee has previously sought authority to pursue avoidance actions and claims on behalf of the Debtor's estate. The Debtor has objected to the Committee's Motion and a hearing on the Motion and Objection have been continued on the Court's docket. It was the general premise of the parties that the Plan of Reorganization, which had been proposed by the Debtor, would be confirmed and as a result of the Plan, a liquidating trust would be established for the benefit of unsecured creditors. All of the avoidance actions would transfer into the trust so that the unsecured creditors would have some ability to recover on account of their claims.

8. At this point in time, the Debtor appears to have abandoned all efforts to seek confirmation of a Plan and approval of a Disclosure Statement. The prior hearing on the adequacy of the Debtor's Disclosure Statement was vacated and the Debtor is making no effort to proceed with a new Plan, nor to move this case along to any conclusion whatsoever.

9. The Committee's investigation of numerous transfers made by the Debtor prior to the filing of the case and subsequent thereto has led the Committee to believe that the Debtor, as managed by Mr. Zachary Davidson, has been less than completely candid with creditors in the Schedules and Statement of Affairs. In fact, the Committee's Motion for Authority to Pursue Avoidance Actions depicts specific circumstances wherein Mr. Davidson consigned various pieces of art with Eron Johnson Antiques for sale pre-petition. The consignment was never disclosed to creditors. The Committee has located several additional similar instances of such conduct.

10. Many of the avoidance actions, which the Committee intends to recover, were actions initiated by Mr. Davidson and transfers have been made to entities that are affiliated with Mr. Davidson or otherwise under his control.

11. Mr. Davidson is currently a Debtor in his own Chapter 7 bankruptcy case.

12. Cause exists for appointment of a Trustee in this case in connection with Hypo's obtaining relief from the automatic stay. The cause includes dishonesty and incompetence, gross mismanagement of the affairs of the Debtor by current management prior to commencement of the case, and significant conflicts of interest held by the Debtor acting through its manager, Mr. Davidson.

13. In addition, it also appears that the Debtor is not only insolvent at this time but was insolvent at the time the Debtor's Chapter 11 petition was filed with the Court. As a result of the Debtor's insolvency, there are preference actions that may be recoverable as against the Debtor's current counsel. These preference actions have been acknowledged by counsel in the past, however, the general understanding was that the Debtor may have been solvent at the time of the transfers. This no longer appears to be the case.

14. Significant instances exist pre-petition under which the Debtor's management, Mr. Davidson, utilized estate resources to pay significant monies and transferred assets in connection with construction of his prior residence located at 820 Gaylord St., Denver, Colorado and an additional prior residence located at 4875 Monaco, Unit 401, in Denver, Colorado. None of these transfers at issue have been disclosed by the Debtor.

15. In light of the fact that Hypo will be obtaining relief from the automatic stay and that the only material assets remaining in this estate consist of avoidance actions, it is appropriate for an independent Trustee to be appointed.

16. The Committee further intends to file its own Liquidating Plan of Reorganization which will set up a liquidating trust and provide for the transfer of all avoidance actions into the liquidating trust. It is only through the recovery on these actions that creditors may hope to receive any recovery in this case.

WHEREFORE, the Official Committee of Unsecured Creditors prays that the Court make and enter an Order appointing a Chapter 11 Trustee in the case of 7677 East Berry Avenue Associates, L.P., and for such further and additional relief as to the Court may appear proper.

Dated this 4th day of October, 2010.

Respectfully submitted,

By: _____
Lee M. Kutner #10966
Jenny M.F. Fujii #30091

**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO  80203
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 4, 2010, I served by prepaid first class mail a copy of the foregoing **MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alan K. Motes, Esq.
United States Trustee's Office
999 18th Street
Suite 1551
Denver, CO 80202

Daniel J. Garfield, Esq.
Michael J. Pankow, Esq.
410 17th Street
22nd Floor
Denver, CO 80202

Edward T. Ramey, Esq.
1001 17th Street, Suite 1800
Denver, CO 80202

John G. Lubitz, Esq.
370 17th Street
Suite 4400
Denver, CO 80202

George Rosenberg, Esq.
5334 South Prince Street
Littleton, CO 80166

Thomas C. Bell, Esq.
1550 17th Street
Suite 500
Denver, CO 80202

Thomas C. Seawell, Esq.
1125 17th Street
Suite 2100
Denver, CO 80202

William David Byassee, Esq.
1099 18th Street
Suite 2150
Denver, CO 80202

Jeffrey L. Cohen, Esq.
Ronald R. Sussman, Esq.
Lesley A. Kroupa, Esq.
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, NY 10036-7798

James E. Nesland, Esq.
14251 East Caley Avenue
Aurora, CO 80016

Jeffrey A. Smith, Esq.
380 Interlocken Crescent
Suite 900
Broomfield, CO 80021

Peter Cal, Esq.
Sherman & Howard
633 17th Street
Suite 3000
Denver, CO 80202-3665

Jack L. Smith, Esq.
Holland & Hart
P.O. Box 8749
Denver, CO 80201-8749

Michael D. Warner, Esq.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Risa Lynn Wolf Smith, Esq.
555 17th Street
Suite 3200
Denver, CO 80201

J. David Arkell, Esq.
1700 Lincoln Street
Suite 3200
Denver, CO 80203-4532

Joyce M. Bergmann, Esq.
4750 Table Mesa Drive
Boulder, CO 80305

Thomas G. Anderson
Uncorked II, LLC
75600 Landmark Way #107
Greenwood Village, CO 80111

Josh Cruze
Global Development & Engineering Group
3455 Ringsby Court
Suite 120
Denver, CO 8026

Jay Finesilver
Wende City South Development, LLC
5345 Landmark Place
Greenwood Village, CO 80111

Michael Gold
Newberry Brothers Greenhouse
201 Garfield Street
Denver, CO 80206

Mark Lynn
Pizza Republica, LLC
365 West 12th Avenue
Denver, CO 80204

Isaiah Rozek
Closet & Storage Concepts
117 South Sunset Street
Suite A
Longmont, CO 80501

Steve Yacht
Mandil Associates, Inc.
846 Elati Street
Denver, CO 80204

Michael D. Warner, Esq.
Jeffrey A. Resler, Esq.
Warner Stevens, LLP
301 Commerce Street
Suite 1700
Fort Worth, Texas 76131

Loura K. Sanchez, Esq.
Hindman Sanchez, P.C.
5610 Ward Road
Suite 300
Arvada, CO 80002

Daniel J. Garfield, Esq.
Amy L. Benson, Esq.
Zhonette M. Brown, Esq.
Brownstein, Hyatt, Farber, Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202

Kenneth J. Buechler, Esq.
Buechler Law Office, LLC
1828 Clarkson Street
Suite 200
Denver, CO 80218

Gilbert R. Engle, Esq.
Ellen McNamara, Esq.
Preeo, Silverman, Green & Egle, P.C.
1401 Seventeenth Street
Suite 800
Denver, CO 80202

Neil Oberfeld, Esq.
633 17th Street
Suite 2200
Denver, CO 80202

Jody Harper Alderman, Esq.
450 East 17th Avenue
Suite 400
Denver, CO 80203

Daniel C. Wennogle, Esq.
818 Colorado Avenue
P.O. Box 790
Glenwood Springs, CO 81602

Max S. Stich, Esq.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111

Neal K. Dunning, Esq.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222

Virginia M. Dalton, Esq.
1775 Sherman Street
Suite 2000
Denver, CO 80203

Brianna L. Schaefer, Esq.
5610 Ward Road
Suite 300
Arvada, CO 80002

Peter A. Cal, Esq.
Lynda L. Atkins, Esq.
633 17th Street
Suite 3000
Denver, CO 80202

Jeffrey M. Lippa, Esq.
1200 Seventeenth Street
Suite 2400
Denver, CO 80202

Bradford Dempsey, Esq.
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Jennifer M. Osgood, Esq.
Burns, Figa & Will, P.C.
Plaza Tower One, Suite 1000
6400 South Fiddlers Green Circle
Greenwood Village, CO 80111

Holly R. Shilliday, Esq.
Snell & Wilmer, LLP
1200 Seventeenth Street
Suite 1900
Tabor Center
Denver, CO 80202

C. Michael Sunoo, Esq.
Leslie B. Greer, Esq.
The Law Office of Michael Sunoo, P.C.
8400 East Prentice Avenue
Suite 715
Greenwood Village, CO 80111

Brian P. Gaffney, Esq.
Scott C. Sandberg, Esq.
Holly Shilliday, Esq.
1200 Seventeenth Street
Suite 1900
Tabor Center
Denver, CO 80202

William David Lytle, Esq.
Altman, Keilbach, Lytle, Parlapiano &
Ware, P.C.
229 Colorado Avenue
Pueblo, CO 81004

Elizabeth K. Flaagan, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Joel Laufer, Esq.
Laufer and Padjen, LLC
5290 DTC Parkway
Suite 150
Englewood, CO 80111

R. Scott Fitzke, Esq.
Stewart, Shortridge & Fitzke, P.C.
4 Inverness Court East
Suite 100
Englewood, CO 80112

Charles Greenhouse, Esq.
1228 15th Street
Second Floor
Denver, CO 80202

Terry Ehrlich, Esq.
7691 Shaffer Parkway
Suite A
Littleton, CO 80127

John A. Berman, Esq.
1660 Lincoln Street
Suite 1750
Denver, CO 80264

Daniel A. Hepner, Esq.
9101 Harlan Street
Suite 260
Westminster, CO 80031

Mark Changaris, Esq.
Giovanni M. Ruscitti, Esq.
1712 Pearl Street
Boulder, CO 80302

John F. Young, Esq.
Marks, Williams, Young & Zimmerman, LLC
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Annette Richmond, Esq.
Orten Cavanagh Richmond & Holmes, LLC
1445 Market Street, Suite 350
Denver, CO 80202

_____
**Vicky Martina**