**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE<br>ASSOCIATES, L.P., ET AL.<br><br>Debtors. | Case Nos. 09-27906, 09-27907, 09-28000<br><br>Jointly Administered under<br>Case No. 09-28000-MER<br><br>Chapter 11 |

**MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 105**
**AUTHORIZING APPOINTMENT OF FUND ADMINISTRATOR**
**AND ESTABLISHING PROCEDURES IN FURTHERANCE OF**
**FINAL DIP ORDER AND FORBEARANCE AGREEMENT**

7677 East Berry Avenue Associates, L.P. (the "Debtor"), submits this motion for an order, pursuant to section 105(a) of the Bankruptcy Code, authorizing appointment of a fund administrator and establishing procedures with respect to the administration of the Mechanic's Lien Claims Fund in furtherance of the Final DIP Order, the Forbearance Order and the Side Letter (as such terms are defined below), and states as follows:

**BACKGROUND**

1.  On August 30, 2009, the Debtor filed its voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the District of Colorado (this "Court"). The Debtor continues to operate its businesses and possess its property as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2.  On October 29, 2009, this Court entered the Final Order Pursuant to 11 U.S.C. § 105, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, and (5) Modifying Automatic Stay (the "Final DIP Order", Dkt. #232).

3.  On May 28, 2010, the Debtor filed a Motion for Approval of Forbearance and Modification Agreement for Debtor-in-Possession Loan and Security Agreement (the "Forbearance Motion," Dkt. #602), in which the Debtor sought approval of a Forbearance and Modification Agreement (as it may be amended or modified from time to time, the "Forbearance Agreement") with respect to the DIP Agreement.

4.  On June 14, 2010, this Court entered an order (the "Forbearance Order," Dkt. #679)[1] approving the Forbearance Agreement and that certain letter agreement, dated as of June 9, 2010

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Side Letter. Except as expressly set forth herein, nothing herein shall modify or limit, or be deemed to

(the "Side Letter") attached to the Forbearance Motion as Exhibit 1. The Side Letter provides, *inter alia*, subject to the terms and conditions set forth therein, that, following the Critical Date, Hypo shall place into escrow $3,222,235.86 for the benefit of the Mechanic's Lien Creditors (the "Mechanic's Lien Claims Fund").

5.   On July 12, 2010, this Court entered an order (Dkt. #794) approving the engagement of Miller Frishman Group, LLC, and individuals provided by it, as Chief Restructuring Officer of the Debtor (the "CRO").

6.   On September 28, 2010, Hypo Real Estate Capital Corporation, as DIP Agent ("Hypo"), funded the Mechanics' Lien Claims Fund by depositing $3,222,235.86 into escrow with First American Title Insurance Company (the "Escrow Agent").

## RELIEF REQUESTED

7.   By this Motion, the Debtor requests entry of an order, pursuant to section 105(a) of the Bankruptcy Code, approving the appointment of CPH Holdings, LLC ("CPH") as fund administrator of the Mechanics' Lien Claim Fund (together with any successor, the "Fund Administrator") and establishing procedures (the "Procedures") for the administration of the Mechanic's Lien Claims Fund in furtherance of the Final DIP Order, the Forbearance Order and the Side Letter.

8.   The Side Letter contemplated that fully resolved Lien Claims would be paid out of the Mechanics' Lien Claim Fund after the effective date of a confirmed plan of reorganization. However, the Debtor is no longer proposing, and Hypo is no longer supporting, confirmation of a plan. Further, the Debtor anticipates that the Case may be converted to a case under Chapter 7 of the Bankruptcy Code.

9.   Accordingly, the Debtor now proposes the Procedures and the appointment of the Fund Administrator to facilitate the disbursement of funds from the Mechanics' Lien Claims Fund as Lien Claims are resolved in the Case, both before and after its Chapter 7 conversion (or the appointment of a Chapter 11 trustee).[2] The appointment of the Fund Administrator and the approval of the Procedures will serve to effectuate the Final DIP Order and the Forbearance Order entered by this Court and provide for an efficient mechanism to pay Lien Claims.

10.  As set forth below, the Debtor proposes the appointment of CPH which presently serves as financial advisor to the Debtor, as Fund Administrator. The proposed appointment will not cause any conflict relative to CPH's obligations to the Debtor because, among other things, the appointment will not become effective unless and until the Case is converted to a case under Chapter 7 of the Bankruptcy Code or a Chapter 11 trustee is appointed.

---

modify or limit, the Final DIP Order, the DIP Agreement, the DIP Documents, the Forbearance Agreement, the Forbearance Order or the Side Letter, or the rights and remedies of any party in interest thereunder.

[2]   For purposes of this motion and the order granting the relief requested herein, the term "Lien Claims" shall include all asserted claims in the Case allegedly secured by mechanics' or other similar liens notwithstanding the definition of the term "Lien Claims" set forth in the Side Letter.

2

11. In particular, the Debtor proposes the following Procedures for the administration of the Mechanic's Lien Claims Fund:

    a. CPH shall be designated as the Fund Administrator, pursuant to a retention agreement between it and Hypo, effective as of the date the case is converted to a case under Chapter 7 of the Bankruptcy Code or the date a Chapter 11 trustee is appointed in the Case. The fees and expenses of the Fund Administrator shall be paid by Hypo.

    b. Prior to CPH's appointment as Fund Administrator, the CRO shall be authorized to disburse funds from the Mechanic's Lien Claims Fund as and when provided for in the Procedures.

    c. The Fund Administrator shall have the following duties and powers with respect to the Mechanic's Lien Claims Fund:

        i. Enter into, perform its obligations under, and enforce its rights under, such agreements between itself, Hypo and the Escrow Agent as are reasonably necessary to effectuate the Procedures.

        ii. Administer the Mechanic's Lien Claims Fund and take all steps necessary and appropriate in connection therewith.

        iii. Exercise such other powers as necessary or appropriate to effectuate the Procedures.

    d. The CRO, and, upon appointment, the Fund Administrator, shall cause the Escrow Agent to pay each Lien Claim that has been fully resolved in the Case, whether by settlement pursuant to an order of this Court, within 30 days after the entry of an order of this Court allowing such Lien Claim.

    e. The Fund Administrator shall have no liability on account of actions taken in its official capacity as Fund Administrator so long as it has acted reasonably and in good faith and had no personal interest in the matter.

    f. The Fund Administrator may resign at any time upon 30 days' written notice to Hypo, but shall serve until a successor Fund Administrator is appointed. Hypo may appoint a successor Fund Administrator without any further order of this Court provided Hypo gives notice of such appointment to the Debtor, the Office of the United States Trustee and the Statutory Committee.

    g. The duties of the Fund Administrator shall terminate on the date (the "<u>Resolution Date</u>") when all Mechanic's Lien Claims have been fully resolved and have been paid to the extent allowed in the Case (whether as a result of allowance of such claims or settlement thereof) and otherwise disallowed by a final, non-appealable order.

    h. Any funds remaining in the Mechanics' Lien Claims Fund on the Resolution Date shall be distributed to Hypo as soon as is practicable.

10732\30\1453578.2

   i. This Bankruptcy Court shall retain jurisdiction to (i) hear and determine any objection to any Lien Claim, (ii) resolve any disputed Lien Claim, and (iii) hear and determine disputes arising in connection with the interpretation, implementation, or enforcement of the Procedures.

   j. The Procedures shall remain in full force and effect following the conversion of the Case to a case under Chapter 7 of the Bankruptcy Code or the appointment of a Chapter 11 trustee.

  12. Except to the extent expressly provided for in the proposed order approving the Procedures, nothing in such order shall alter the rights and obligations of any party in interest under the Final DIP Order, the Forbearance Order or the Side Letter.

  **WHEREFORE**, the Debtor respectfully requests that this Court enter the attached proposed order establishing the Procedures, approving of appointment of the Fund Administrator and granting such other relief as is just and proper.

  October 5, 2010

          **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

          *s/Daniel J. Garfield*
          Michael J. Pankow, #21212
          Daniel J. Garfield, #26054
          410 17th Street, Suite 2200
          Denver, Colorado  80202
          Telephone:  (303) 223-1100
          Facsimile:  (303) 223-1111
          mpankow@bhfs.com
          dgarfield@bhfs.com

          *Attorneys for the Debtor*

## CERTIFICATE OF MAILING

      The undersigned certifies that on this 5th day of October, 2010, I caused a copy of the **NOTICE OF MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 105 AUTHORIZING APPOINTMENT OF FUND ADMINISTRATOR AND ESTABLISHING PROCEDURES IN FURTHERANCE OF FINAL DIP ORDER AND FORBEARANCE AGREEMENT** to be served via U. S. Mail, postage prepaid, and properly addressed to the following interested parties:

Office of the U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Lee M. Kutner
Kutner Miller Brinen, P.C.
303 E. 17th Ave., Ste. 500
Denver, CO 80203

James E. Nesland
14252 East Caley Avenue
Aurora, CO  80016

Jeffrey L. Cohen
1114 Avenue of the Americas
New York, NY  10036-7703

Christopher L. Coyle
Daniel C. Wennogle
Balcomb & Green
P. O. Drawer 790
Glenwood Springs, CO  81601

John G. Lubitz
370 – 17th Street, Suite 4400
Denver, CO 80202

George Rosenberg
5334 S. Prince Street
Littleton, CO  80166

Jeffrey A. Smith
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023

Michael D. Warner
Jeffrey A. Resler
301 Commerce Street, Suite 1700
Fort Worth, TX  76102-4126

Risa Lynn Wolf-Smith
Jack L. Smith
Holland & Hart
555 – 17th Street, Suite 3200
Denver, CO  80202-3921

7677 East Berry Avenue Associates
585 S. FM 1138
Nevada, TX  75173

7677 East Berry Avenue Associates
5500 Greenwood Plaza Blvd., Ste 230
Greenwood Village, CO 80111

Thomas C. Bell
Davis Graham & Stubbs
1550 Seventeenth Street, Suite 500
Denver, CO 80202

J. David Arkell
1700 Lincoln St.
Suite 3200
Denver, CO 80203-4532

Christopher W. Carr
455 Sherman Street
Suite 300
Denver, CO 80203

Wm. David Byassee
1099 18th St.
Ste. 2150
Denver, CO 80202

Peter A. Cal
Lynda L. Atkins
Sherman & Howard, LLC
633 17th St., Ste. 3000
Denver, CO 80202-3665

10732\30\1453578.2

Thomas C. Seawell
1125 17th St.
Ste. 2100
Denver, CO 80202

C. Michael Sunoo
Leslie B. Greer
3555 S. Sherman Street, Suite 8
Englewood, CO 80113

Gilbert R. Egle
Ellen Beverley McNamara
Preeo Silverman Green & Egle
1401 Seventeenth Street, Suite 800
Denver, CO 80202

Loura K. Sanchez
Brianna L. Schaefer
5610 Ward Road, Suite 300
Arvada, CO 80002

Neal Dunning
Brown Berardini & Dunning
2000 South Colorado Blvd.,
Tower Two, Suite 700
Denver, CO 80222

Richard F. Greenleaf
Mark Changaris
1712 Pearl Street
Boulder, CO 80303

Kevin J. O'Brien
Tezak & O'Brien, PC
7851 S. Elati Street, Suite 202
Littleton, CO 80120

Mark S. Stich
Montgomery Little Soran & Murray
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111

Jeffrey M. Lippa
1200 Seventeenth St.
Ste. 2400
Denver, CO 80202

Virginia M. Dalton
Pearlman & Dalton, PC
1775 Sherman Street, #2000
Denver, CO 80203

Terry Ehrlich
Arnold & Arnold, LLP
7691 Shaffer Parkway, Suite A
Littleton, CO 80127

Jennifer M. Osgood
Burns, Figa & Will, PC
Plaza Tower One, Suite 1000
6400 South Fiddlers Green Circle
Greenwood Village, CO 80111

Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Kenneth J. Buechler
1660 Lincoln Street, Suite 2200
Denver, CO 80264

Holly R. Shilliday
Scott Sandberg
Brian P. Gaffney
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

Neil Oberfeld
Isaacson Rosenbaum P.C.
1001 17th St., Suite 1800
Denver, CO 80202

Jeffrey Tablak
P. O. Box 4761
San Jose, CA 95150

Doug Yoder
P. O. Box 4761
San Jose, CA 95150

C4D-I, Ltd.
2100 Kramer Lane, Suite 100
Austin, TX 78758

10732\30\1453578.2

Robert Tablak
P. O. Box 4761
San Jose, CA  95150

Wm. David Lytle
Altman Keilbach Lytle Pariapiano & Ware
229 Colorado Avenue
Pueblo, CO  81004

John A. Berman
1660 Lincoln St.
Ste. 1750
Denver, CO 80264

R. Scott Fitzke
4 Inverness Court East, Suite 100
Englewood, CO  80112

Joel Laufer
Laufer and Padjen
5290 DTC Parkway, Suite 150
Englewood, CO  80111

Ronald S. Fitzke
4 Inverness Ct. E.
Ste. 100
Englewood, CO 80112

Edward T. Ramey
Isaacson Rosenbaum PC
1001 – 17th Street, Suite 1800
Denver, CO  80202

Gabriel Carter
3100 Arapahoe Suite 450
PO Box 1845
Boulder, CO 80306

Robert W. Hatch, II
950 Seventeenth St.
Ste. 1700
Denver, CO 80202

Daniel P. B. Robertson
730 17th St.
Ste. 200
Denver, CO 80202

John F. Young
Markus Williams Young Zimmermann LLC
1700 Lincoln St., Ste. 4000
Denver, CO 80203

Ascent Group, Inc.
4940 Pearl East Circle, Ste 202
Boulder, CO  80301

Beck Residential, LLC
100 Technology Dr., Suite 315
Broomfield, CO  80021

Blue Architects, P.C.
2256 Larimer St.
Denver, CO  80205

Code Fire LLC
4896 Van Gordon St
Wheat Ridge, CO  80033

FirsTier Bank
Attention:  Matthew C. Cassell
2921 W. 120th Avenue
Westminster, CO  80021

Global Engineering Group
2258 Larimer Street, Suite B
Denver, CO  80212

Goldsmith Gulch Sanitation District
8390 E. Crescent Pkwy, Unit 500
Greenwood Village, CO  80111-2814

Hydro-Dynamic Services, LLC
555 Greenwood Plaza Blvd.
Greenwood Village, CO 80111

Hypo Real Estate Capital Corp.
Attn: Head of Portfolio Management
622 Third Avenue, 31st Floor
New York, NY  10017

Julia Koeppe Architects
1500 S. Pearl Street, Ste 200
Denver, CO   80210

10732\30\1453578.2

| | |
|---|---|
| Ken Caryl Glass Inc.<br>12450 Mead Way<br>Littleton, CO  80125 | Accessory Warehouse<br>6528 S. Racine Circle<br>Centennial, CO  80111 |
| Legacy Mechanical, Inc.<br>5161 Ward Road, Unit 2<br>Wheat Ridge, CO  80033 | Builder's Appliance Center<br>1880 West Oxford Ave., Unit A<br>Englewood, CO  80110 |
| Milender White Construction Co.<br>13050 W. 43rd Drive<br>Golden, CO  80403 | Closet and Storage Concepts<br>117 S. Sunset Street, Suite A<br>Longmont, CO  80501 |
| Project One Integrated Services, LLC<br>9785 Maroon Circle Suite 380<br>Englewood, CO  80112 | Colorado Carpet Distributors<br>12775 E. 47th Avenue<br>Denver, CO  80239 |
| RK Mechanical, Inc.<br>9300 E. Smith Road<br>Denver, CO  80207 | Custom Expressions<br>1800 E. Cliff Road<br>Burnsville, MN  55337 |
| Rogers & Sons, Inc.<br>4775 Fox Street<br>Denver, CO  80216 | Mandil, Inc.<br>846 Elati Street<br>Denver, CO  80204 |
| Sedita Manufacturing<br>6333 East 56th Avenue<br>Commerce City, CO  80022 | SNR Contractors and Assoc.<br>1525 Harrison Street, Unit 1<br>Denver, CO  80206 |
| Superior Roofing<br>14700 E. 39th Avenue<br>Denver, CO 80011 | Solstice Multimedia<br>4601 Quebec Street, Unit C-2<br>Denver, CO  80216 |
| Superior Wall & Ceiling Inc.<br>8181 W. Brandon Dr.<br>Littleton, CO  80125 | The Kitchen Showcase, Inc.<br>6528 S. Racine Circle<br>Centennial, CO  80111 |

                                                                         *s/Connie Windholz*
                                          _____