# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>7677 EAST BERRY AVENUE ASSOCIATES, L.P.<br><br>Debtor. | Case Nos. 09-28000-MER<br><br>Chapter 11 |

## DEBTOR'S NOTICE OF CONVERSION TO CHAPTER 7

The Debtor, 7677 East Berry Avenue Associates, L.P., hereby converts its bankruptcy case to Chapter 7 under the United States Bankruptcy Code, effective immediately.

Dated: November 23, 2010.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/Daniel J. Garfield*
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, Colorado  80202
Telephone:  (303) 223-1100
Facsimile:  (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com

*Attorneys for the Debtor*

10732\27\1473137.1                                1

## CERTIFICATE OF MAILING

      The undersigned certifies that on this 23rd day of November, 2010, I served by prepaid first class mail, a copy of the **DEBTOR'S NOTICE OF CONVERSION TO CHAPTER 7** was sent to all parties in interest via U. S. Mail, postage prepaid, and properly addressed to the following:

All parties listed on the Creditors Matrix filed with this Court
(a copy of which is attached hereto).

                                                     *s/Connie Windholz*