IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-28000 MER |
| 7677 EAST BERRY AVENUE ) | |
| ASSOCIATES, LP ) | Chapter 11 |
| ) | |
| Debtor ) | |

**ORDER CONVERTING CASE UNDER CHAPTER 11
TO CASE UNDER CHAPTER 7**

THIS MATTER comes before the Court on the Debtor's Notice of Conversion to Chapter 7, filed pursuant to the Court's Minutes of Proceeding dated November 23, 2010.

IT IS ORDERED THAT:

1. This Chapter 11 case is converted to a case under Chapter 7.

2. The Debtor-in-possession shall:

   a. forthwith turn over to the Chapter 7 Trustee all records and property of the estate in its possession or control as required by Fed.R.Bankr.P. 1019(4);

   b. within 14 days of the date of entry of this order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, including the name and address of each creditor, as required by Fed.R.Bankr.P. 1019(5);

   c. within 28 days following the entry of the order of conversion, file and transmit to the United States Trustee a final report and account.

3. The Debtor-in-possession shall also comply with Local Bankruptcy Rule 119.

4. Within 14 days of the date of entry of this order, the Debtor-in-possession shall file the statements and schedules required by Fed.R.Bankr.P. 1019(1)(A) and 1007(b), if such documents have not already been filed.

FURTHER ORDERED that the Debtor, its agents servants employees, and attorneys are herein enjoined from taking any action with respect to any assets or records of the Debtor, save and except to preserve the same and to forthwith turn over the same to the Chapter 7 trustee appointed herein pursuant to Rule 1019(4), Fed.R.Bank.P.

DATED: November 26, 2010

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge